

KERRY K. WIDISH
*Chief Deputy Clerk of Court*

# CARLO ESQUEDA
## DANE COUNTY CLERK OF CIRCUIT COURT/
## REGISTER IN PROBATE
Dane County Courthouse, Room 1000
215 South Hamilton Street, Madison, Wisconsin 53703-3285
PH (608)266-4311 • FAX (608)267-8859 • TTY: Call WI Relay 711
Website: countyofdane.com/court



JILL L. ANDERSON
Court Manager

HOLLY J. KUHL
Court Manager

LAURA NACHAZEL
Court Manager

WAYNE E PFISTER, JR.
Court Manager/
Deputy Register in Probate

## CERTIFICATE OF TRANSMITTAL

I, Carlo Esqueda, Clerk of the Circuit Court in and for the County of Dane and State aforesaid, do hereby certify that the papers hereunto annexed are all the original papers on file in my office in the action herein.

**Case No. 15CV2036**

**John J Miller, Plaintiff**

    **vs.**

**Dr Charles Larson, et al, Defendants**

And that the same are herewith transmitted to the Clerk of the Circuit Court for the US District Court, Western District, in the said state of Wisconsin.

IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at City of Madison, WI.

September 18, 2015

Carlo Esqueda, Clerk of Court

By: _____
    Deputy Clerk

STATE OF WISCONSIN      CIRCUIT COURT      DANE COUNTY

BRANCH 9

JOHN J. MILLER,

         Plaintiff,

v.

DR. CHARLES LARSON, et al.,

         Defendants.

**FILED**

SEP **1 4** 2015

DANE COUNTY CIRCUIT COURT

Case No. 15-CV-2036

---

## NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT

---

TO: The Honorable Richard G. Niess      John J. Miller, #147363
Dane County Circuit Court Judge, Br. 9    Fox Lake Correctional Institution
Dane County Courthouse                Post Office Box 200
215 South Hamilton Street, Rm. 5109    Fox Lake, WI 53933-0200
Madison, WI 53703-3289

PLEASE TAKE NOTICE that on September 14, 2015, Defendants Wisconsin

Department of Corrections ("DOC"), Health Service Unit of Fox Lake Correctional

Institution ("FLCI"), Security Department of FLCI, Charles Larson, Angela Kast,

Jodi Mulder, Melvin Pulver, Susan McMurray, and Wendy Polenska, by their

attorneys, Attorney General Brad D. Schimel and Assistant Attorney General

Rachel L. Bachhuber, filed a Notice of Removal of this case to the United States

District Court for the Western District of Wisconsin. A copy of the notice is

attached.

Dated this 14th day of September, 2015.

BRAD D. SCHIMEL
Attorney General

RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188
(608) 267-8906 (fax)
*bachhuberrl@doj.state.wi.us*

- 2 -

| Caption | Responsible C.O. | Case Number |
|---|---|---|
| John J Miller 147363 vs. Charles Larson et al | Richard G Niess | 2015CV002036 |

**WCIS Code:** 30103 - Other-Medical Malpractice

| Filing Date/C.O. | Disposition Date/C.O. | Disposition | Next Action |
|---|---|---|---|
| 08-03-2015 | 09-14-2015 | Change of venue, remove to federal court | |
| Richard G Niess | Richard G Niess | | |

| Party Type | Name | Address | City | St | Zip | Attorney | Status |
|---|---|---|---|---|---|---|---|
| Plaintiff | John J Miller PKA John J Miller 147363 | W10237 Lake Emily Rd, PO Box 200 | Fox Lake | WI | 53933 | | AC |
| Defendant | Charles Larson | PO Box 7925 | Madison | WI | 53707-7925 | | AC |
| Defendant | Susan McMurray | 3099 E Washington Ave, PO Box 7925 | Madison | WI | 53707-7925 | | AC |
| Defendant | Angela Kast | 3099 E Washington Ave, PO Box 7925 | Madison | WI | 53707-7925 | | AC |
| Defendant | Wendy Polensky | 3099 E Washington Ave, PO Box 7925 | Madison | WI | 53707-7925 | | AC |
| Defendant | Jodi Mulder | 3099 E Washington Ave, PO Box 7925 | Madison | WI | 53707 | | AC |
| Defendant | Mel Pulver | 3099 E Washington Ave, PO Box 7925 | Madison | WI | 53707-7925 | | AC |
| Defendant | Health Service Unit of Fox Lake Correctional Institution | PO Box 7925 | Madison | WI | 53707-7925 | | AC |
| Defendant | Security Department of Fox Lake Correctional Institution | PO Box 7925 | Madison | WI | 53707-7925 | | AC |
| Defendant | Department of Corrections | PO Box 7925 | Madison | WI | 53707-7925 | | AC |

| Date | Court Record Entries | Amount | C.O. Court Reporter Tape/Counter Location |
|---|---|---|---|
| 08-03-2015 | Summons and complaint | | |
| 08-03-2015 | Order on Prisoner Pet for Waiver Prepay Fees/Costs granted. Case transferred from 15IP27 | | |
| 08-03-2015 | Certified copy of prisoner's trust fund account | | |
| 08-03-2015 | Certification of 3 or more dismissals 801.02(7)(d) | | |
| 08-03-2015 | Authorization to withhold money from accounts | | |
| 08-03-2015 | Prisoner Pet Waiver Prepay Fees, Aff. of Indigency | | |
| 08-04-2015 | Notice to DOC of actual filing fees and costs for Filing fee of $265.50 and postage of $6.00. Assessment added. | | |
| 09-14-2015 | Notice of filing Notice of Removal to Federal Court | | |
| 09-14-2015 | Change of venue, remove to federal court | | Richard G Niess |
| 09-17-2015 | Certificate of mailing of parties on service | | |
| 09-17-2015 | Certificate of non-service on Susan McMurray | | |
| 09-17-2015 | Certificate of service on Sarah Feltes for Dr Charles Larson | | |
| 09-17-2015 | Certificate of service on Sarah Feltes for Angela Kast | | |

| Caption | Responsible C.O. | Case Number |
|---|---|---|
| John J Miller 147363 vs. Charles Larson et al | Richard G Niess | 2015CV002036 |

**WCIS Code:** 30103 - Other-Medical Malpractice

| Date | Court Record Entries | Amount | C.O. Court Reporter Tape/Counter Location |
|---|---|---|---|
| 09-17-2015 | Certificate of service<br>on Sarah Feltes for Wendy Polensky | | |
| 09-17-2015 | Certificate of service<br>on Sarah Feltes for Jodi Mulder | | |
| 09-17-2015 | Certificate of service<br>on Sarah Feltes for Mel Pulver | | |
| 09-17-2015 | Certificate of service<br>on Sarah Feltes for Health Services Unit of Fox Lake Correctional<br>Institution | | |
| 09-17-2015 | Certificate of service<br>on Sarah Feltes for Security Dept at Fox Lake Correctional<br>Institution | | |
| 09-18-2015 | Certificate of transmittal<br>to US District Court, Western District. Cert Mail #7013 1710 0002<br>3026 9741 | | |

Dear Dane County Clerk of Circuit Court **Carlo ESQueDA**

My Name is John J. Muller I Filed a case, a lawsuit, I Finally got you all the Proper Documents Sent the last Was on the 22 day of July, I have not heard Nothing. Im inquiring as to a case # and Was it excepted Finally?

Respectfully Submitted

Sincerly John J. Muller

F.C.I.

Fox lake Correctional Inst     John J. Muller 147363

P.O. Box 200

W10237 lake Emily Rd

Fox lake, WI 53933

**RECEIVED**

**AUG 1 1 2015**

**DANE COUNTY CIRCUIT COURT**



MILWAUKEE WI 530

07 AUG 2015 PM 8 L

F.L.C.I.
John S. Miller 147363
P.O. Box 200
Fox lake, WI
53933

DANE County Clerk of Circuit Court
MR. CARLO, ESQUEDA ..... y
215 South HAmilton street   Room 1000

Madison, WI
53703

legal mall * Has to go out
on time Limit g=

THIS LETTER HAS BEEN
MAILED FROM THE
**WISCONSIN PRISON SYSTEM**



THIS LETTER HAS BEEN
MAILED FROM THE
WIS...

**147363**



SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013



**JUDGE RICHARD G. NIESS**
**Dane County Circuit Court, Branch 9**
**215 S Hamilton St., Rm. 5109**
**Madison, WI 53703-3290**
Telephone:  (608) 266-4009
Facsimile:  (608) 267-4151



Ann Ford, Court Clerk                                                Tara Monthie, Court Reporter
Ashley Ballweg, Judicial Assistant

August 4, 2015

John J Miller #147363
Fox Lake Corr. Inst.
PO Box 200
Fox Lake WI  53933

RE:        John J Miller vs. Charles Larson et al
Case No.   15CV2036

Dear Mr. Miller:

    The authenticated copies of the pleadings filed in the above action are being returned to
you so that you may arrange for service of these papers

    It is your responsibility to obtain service of your papers on the appropriate party or
parties.  You also must send an additional authenticated copy for the sheriff's department.  If the
parties are located in different counties, you must send the appropriate number of authenticated
copies to each county where the parties are located.  You also must send additional authenticated
copies for each sheriff's department.

    After you obtain service of these papers, file proof of service with the court.  After this
proof is received, the court will send you further information.

    Please be sure to notify this office of your new address if you are transferred to another
institution or released from custody.  This will make it easier for the clerk's office and the court
to send mail to you.  Thank you.

Sincerely,

Judicial Assistant

Enclosures   *Mailed*
             *8-4-15*
             *OR*

**STATE OF WISCONSIN, CIRCUIT COURT, 9** _____ **COUNTY**

| | |
|---|---|
| | ☐ Amended |

John J Miller _____
     -vs-

Charles Larson, et al _____

**Notice to Department of
Corrections of Actual
Filing Fees and Costs**

Case No. 15CV2036

For Official Use

**FILED**

AUG 4 2015

DANE COUNTY CIRCUIT COURT

To:    Custodian

The court has granted a petition to proceed without prepayment of total filing fees and costs in this matter.

The actual filing fees and costs are as follows:

| Filing Fee | | 265.50 |
|---|---|---|
| Service of Process Fees<br>Postage | +<br>+<br>+ | 6.00 |
| **Total Filing Fees/Postage Fees and Service Fees:** | = | 271.50 |
| Amount prepaid by prisoner or from prisoner trust fund account: | - | 0.00 |
| **Amount Remaining to be Paid:** | = | 271.50 |

Please:
- Remit the remaining amount to be paid to this court to the address below.
- Make reference to this case number on all checks.

Court Address:
  Clerk of Circuit Court
  Room 1000, Dane County Courthouse
  215 S Hamilton St
  Madison WI 53703-3285

**BY THE COURT:**

_____
                Signature of Clerk of Circuit Court

Carlo Esqueda
                Name Printed or Typed

August 4, 2015
                Date

Distribution:
1. Clerk of Court (Original)
2. Prisoner
3. Department of Corrections
4. Department of Justice, Civil Litigation Unit,
   P.O. Box 7857, Madison, WI 53707-7857

STATE OF WISCONSIN, CIRCUIT COURT, **DANE** COUNTY

For Official Use

**FILED**

AUG 3 2015

DANE COUNTY CIRCUIT COURT

John J. Miller

-vs-

Charles Larson et al

**Order on Prisoner's Petition
for Waiver of Prepayment
of Fees/Costs**

Case No. ~~15IP27~~

**COURT FINDINGS AND ORDER** 15CV2036

**Document Review Determination** *(Check box 1 or 2):*

☒ 1. The prisoner has submitted all required documentation.

☐ 2. The petition is DENIED because the prisoner failed to provide the following documentation:
   ☐ a. Exhaustion of all available administrative remedies (required if the underlying proposed action relates to prison or jail conditions):
      ☐ documents the prisoner provided to the administrative agency as part of the administrative proceeding;
      ☐ documents from the administrative agency provided to the prisoner related to the administrative proceeding; and/or,
      ☐ documents included as part of any administrative appeal.
   ☐ b. Original Wisconsin Department of Justice certification (form DJ-LS-22) concerning prior dismissals dated within thirty days of the date of the petition. Document to have raised seal; a copy is insufficient.
   ☐ c. Authorization to withhold money from prisoner trust fund account (on DOC form 1930 provided by the Department of Corrections).
   ☐ d. A certified copy of the prisoner trust fund account for the six months preceding the date of the petition.
   ☐ e. A properly completed affidavit of indigency (form CV-438).
   ☐ f. Sufficient copies of the pleadings.
   ☐ g. Other: _____

   *If box #1 is checked, proceed to the exhaustion of administrative remedies determination.*
   *If box #2 is checked, do not consider the remaining sections.*

**Exhaustion of Administrative Remedies Determination** *(Check box 3 or 4):*

☒ 3. The prisoner has either exhausted all available administrative remedies or is not required to do so because the underlying proposed action does not relate to jail or prison conditions.

☐ 4. The prisoner has not exhausted all available administrative remedies. The petition to proceed without prepayment of filing fees and costs is DENIED.

   *If box #3 is checked, proceed to the three dismissals determination.*
   *If box #4 is checked, do not consider the remaining sections.*

**Three Dismissals Determination** *(Check box 5 or 6):*

☒ 5. The prisoner has not accumulated three or more dismissals pursuant to §801.02(7)(d), Wisconsin Statutes, or is not subject to the 'Three Dismissals' rule because s/he has sufficient funds within his/her trust fund and/or release account to pay the filing fee in full.

☐ 6. The prisoner has, on three or more prior occasions, while he or she was incarcerated, imprisoned, confined or detained in a jail or prison, brought an appeal, writ of error, action or special proceeding, including a petition for a common law writ or certiorari, that was dismissed by a state or federal court for the reasons listed in §802.05(3)(b) 1 to 4. The petition to proceed without prepayment of filing fees and costs is DENIED.

   *If box #5 is checked, proceed to the economic status determination.*
   *If box #6 is checked, do not consider the remaining section.*

CV-439, 12/01 Order on Prisoner's Petition for Waiver of Prepayment of Fees/Costs                                §814.29, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**
Page 1 of 2

080-762 (2/02)

15CV 2086

Order on Prisoner's Petition For Waiver of Fees/Costs          Page 2 of 2          Case No. 15 1P 29

**Economic Status Determination** *(Check box 7, 8, or 9):*

☒ 7. The petition is GRANTED because:
  • The prisoner is indigent;
  • The prisoner authorized in writing the agency having custody of the prisoner's prison trust fund and/or release account to forward payments from the prisoner's account to the clerk of court each time the amount in the account exceeds $10 until the fees or costs are paid in full.

The agency having custody of the prisoner's prison trust fund and/or release account shall freeze the prisoner's trust fund account while such payments are being made and shall forward the payments to the clerk of court as provided by law.

The action may be commenced without prepayment of filing fees. The sheriff shall serve all necessary documents without prepayment of service fees. If the prisoner receives a money judgment or monetary settlement, the amount shall be used to pay the filing and service fees waived by this order which have not been reimbursed pursuant to the priority schedule in §806.025(2), Wisconsin Statutes.

The clerk of court shall notify the custodian at the prisoner's facility of the total filing fees, costs and service fees as soon as ascertainable.

☐ 8. The petition is CONDITIONALLY GRANTED. The court finds the prisoner to be partially indigent because the prisoner has assets in his/her trust fund account to partially pay the filing and service fees.

Upon payment by the prisoner of $ _____ (the balance in his/her trust fund and/or release account as shown by the certified copy of his/her trust account statement) or the required filing fee, whichever is less, this action may be filed and all necessary documents may be served by the sheriff. If payment is not made within 30 days of this Order, the petition is DENIED.

The clerk of court shall notify the custodian at the prisoner's facility of the total filing fees, costs and service fees as soon as ascertainable.

The agency having custody of the prisoner's prison trust fund and/or release account shall freeze the prisoner's trust fund and/or release account until the deposits in that account are sufficient to pay the balance owed and shall forward the balance to the clerk of court as provided by law.

☐ 9. The petition is DENIED because the court finds the prisoner not indigent. The filing and service fees must be paid in full before commencement of this matter.

BY THE COURT:

_____
Circuit Court Judge

Richard G. Niess
Name Printed or Typed

8/3/15
Date

Distribution:
1. Clerk of Court (Original)
2. Petitioner
3. Department of Justice, Civil Litigation Unit
   P.O. Box 7857, Madison, WI 53707-7857
   (with copy of affidavit of indigency and attachments)
4. Department of Corrections Facility at which petitioner is incarcerated
   (Dodge Correctional Institution, if out of state)

CV-439, 05/01 Order on Prisoner's Petition For Waiver of Fees/Costs                                                      §814.29, Wisconsin Statutes.
**This form shall not be modified. It may be supplemented with additional material.**
080-762 (5/01) PAGE 2                                                      Page 2 of 2

STATE OF WISCONSIN, CIRCUIT COURT, _____DANE_____ COUNTY

*Please Print or Type*

For Official Use

**FILED**

AUG - 3 2015

DANE COUNTY CIRCUIT COURT

_John I. Miller Plaintiff_
-vs-

**Prisoner's Petition for
Waiver of Prepayment of
Fees/Costs –
Affidavit of Indigency**

_D R. Charles larson, ET ALL_ Defend Case No. _5 P   27_

MAY 2 7 2015

15CV2036

*(The prisoner must provide the following to the Clerk of Court at the time of filing:*
* *The original and one copy of this affidavit and attachments.*
* *Sufficient copies of the pleadings for potential service on all named defendants.)*

Under oath I state that:

1. I am unable to pay the costs of this action, special proceeding or appeal or to give security for those costs, and request waiver of prepayment of those costs because of poverty.

2. I have not had three or more appeals, writs of error, actions or special proceedings dismissed by a state or federal court for any of the reasons listed in §802.05(3)(b)1-4, Wisconsin Statutes.
   * Attached is the original Wisconsin Department of Justice certification (form DJ-LS-22 containing the raised seal) dated within 30 days of the date of this petition concerning the number of appeals, writs of error, actions or special proceedings dismissed by a state or federal court.

3. I have attached and incorporated into this affidavit:
   * The original pleading in this matter.
   * [If this proceeding is related to prison or jail conditions]: Written documentation of exhaustion of all available administrative remedies, including copies of all written materials:
     * I provided to the administrative agency as part of the administrative proceeding;
     * the administrative agency provided to me related to the administrative proceeding; and,
     * included as part of any administrative appeal.
   * A certified copy of my prison trust fund account for the six months preceding the date of this petition.
   * My authorization to the agency having custody of my prison trust fund account (on DOC form 1930 provided by the Wisconsin Department of Corrections), to forward payments from my account to the clerk of court each time the amount in the account exceeds $10, until the costs and fees are paid in full.

4. I ☐ have ☒ have not   committed an offense on or after September 1, 1998.
   (An offense is defined in §165.83(1)(c), Wisconsin Statutes, as an act which is a felony, misdemeanor, or violation of a city, county, village, or town ordinance.)

5. I ☐ am ☒ am not  employed. Name of employer: ___NA___

6. I earn $ ___4,00___ gross ☐ weekly. ☒ every two weeks. ☐ twice monthly. ☐ monthly.

7. I have received or been entitled to receive money from the following sources within the past 12 months (list total amount):
   * ☐ pension, annuities or life insurance payments: ........... $ ___NA___
   * ☐ disability or worker's compensation payments: ........... $ ___NA___
   * ☐ gifts, loans or inheritances: ................................... $ ___NA___
   * ☐ rent payments, interest or dividends: ........................... $ ___NA___
   * ☐ business, profession or self employment: ................... $ ___NA___
   * ☐ other: _____ ................... $ ___NA___

8. I have the following cash assets:
   * ☐ savings accounts: .................$ _Prison Savings Account_  isover  200.00 you can take it f All
   * ☐ checking accounts: ...............$ ___NA___
   * ☐ cash: ...........................$ ___NA___
   * ☐ money owed me: ..................$ ___NA___
   * ☐ any other cash assets:..........$ ___NA___

CV-438, 05/03 Prisoner's Petition for Waiver of Prepayment of Fees/Costs - Affidavit of Indigency                    §814.29, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**
Page 1 of 2

Prisoner's Petition for Waiver of Prepayment of Fees/Costs - Affidavit of Indigency     Page 2 of 2     Case No. _____

9.  I have the following other assets (list value):
- [ ] real estate: ...............................................$ _N/A_
- [ ] stocks, bonds, securities and financial instruments: ................$ _N/A_
- [ ] automobiles: ...............................................$ _N/A_
- [ ] computers, audio-visual equipment, other personal property: ...$ _N/A_
- [ ] jewelry, antiques, objects of art or other valuable property : .....$ _N/A_

10. I have not transferred any funds or other assets in the past 12 months except as follows (describe any transfers):

_none_

11. I have not assigned my rights to any funds or other assets since first incarcerated except as follows (describe any assignments):

_NONE_

12. I have the following legal obligations:

| Obligation | Amount Actually Paid Per Month | Amount Actually Paid in Last Six Months |
|---|---|---|
| [ ] Child Support | $ _N/A_ | $ |
| [ ] Restitution | $ _N A_ | $ |
| [✓] Fines/Costs | $ ~~osts~~ _None_ | $ _None_ |
| [ ] Other: | $ | $ |

13. My spouse [ ] is  [✓] is not  employed. Name of employer: _N/A_
14. My spouse earns $ _NA_ gross [ ] weekly. [ ] every two weeks [ ] twice monthly [ ] monthly.

15. My spouse receives monthly income totaling the amount of $ _NA_ from:
- [ ] Pension   [ ] Social Security   [ ] Unemployment compensation
- [ ] Disability   [ ] Student loans/grants   [ ] Other: _____

16. I have the following miscellaneous expenses: _Living expeNce HygeNe ET_
_Medical Co pays Postage Copies_

Subscribed and sworn to before me
on _June 19th, 2015_

_Julie R. Schm_
Notary Public, State of Wisconsin
My commission expires: _Sept. 25, 2016_
_Dodge County_

I understand that if my financial situation changes,
I must notify the court immediately.

_John F Miller_     _6-19/15_
Signature     Date

CV-438, 06/03 Prisoner's Petition for Waiver of Prepayment of Fees/Costs - Affidavit of Indigency     §814.29, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 2 of 2



**STATE OF WISCONSIN**
**DEPARTMENT OF JUSTICE**

**FILED** **15CV2036**
DJ-LS-22, rev01/2015

AUG – 3 2015

DANE COUNTY CIRCUIT COURT

**RECEIVED**

JUL  1 2015

**DANE COUNTY CIRCUIT COURT**

BRAD D. SCHIMEL
ATTORNEY GENERAL

Andrew C. Cook
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI  53707-7857
www.doj.state.wi.us

**Betty Kruse**
Paralegal
kruseel@doj.state.wi.us
608/267-2780
FAX 608/267-8906

<u>Instruction To Offender</u>: **You must send original Certification to the Court.**

# CERTIFICATION
## AS TO THREE OR MORE DISMISSALS
## UNDER WIS. STAT. § 801.02(7)(d)

**OFFENDER NAME:**          **John J. Miller**

**DOC OFFENDER NUMBER: 147363**

**THE UNDERSIGNED CERTIFIES THAT:**

**X**     The Wisconsin Department of Justice has no records showing that this offender has three or more dismissals within the meaning of Wis. Stat. § 801.02(7)(d).

_____   The Wisconsin Department of Justice has records it believes show that this offender has three or more dismissals within the meaning of Wis. Stat. § 801.02(7)(d).  These records are public records within the meaning of Wis. Stat. §§ 908.03(8), 909.015(7), and 909.02(4), in that they are on file in the offices of the Wisconsin Department of Justice, reflect the activities of that Department, and set forth matters observed by that Department pursuant to duty imposed on it by law.  True copies of these records are attached hereto and their case name, number, and venue are as follows:

Attached hereto is a true copy of the offender's request for this certification, bearing the Department of Justice date stamp.

Witness under my hand and the official seal of the Wisconsin Department of Justice, Office of the Attorney General, this 19th day of June, 2015.

_____
Betty Kruse

`·` 06/30/2015 07:29          ISCONSIN DEPARTMENT OF CORRECTION.          PAGE   1 OF   3
DOCFBA                        FOX LAKE CORRECTIONAL INSTITUTION  15CV2036                CATAAS

Regula \ #4.29
Release #223.33

T R U S T   A C C O U N T   A C T I V I T Y   S T A T E M E N T          **FILED**

FROM 12/31/2014  TO 06/30/2015                 AUG - 3 2015
Certified six month statement of Mr. Miller's trust account
Questions call Cami Vande Berg 920-928-6941          JANE COUNTY CIRCUIT COURT

Cam Vande Be

DOC#: 00147363                                    START BALANCE:$      214.09
NAME: MILLER, JOHN                                  END BALANCE:$      227.62
DOB: 10/26/1962                         AVERAGE MONTHLY BALANCE:$      229.99
LOCATION: FLCI-10A-1009B                 AVERAGE MONTHLY DEPOSITS:$      40.00
                                         NUMBER OF DAYS IN PERIOD:       182
ACCOUNT ACTIVITY

| DATE | INST | TRANSACTION DESCRIPTION | | RECEIPT/<br>INFO NUMBER | AMOUNT | DEPOSIT |
|---|---|---|---|---|---|---|
| 01/02/2015 | FLCI | JAN /SJS3 PRM/FUL 20 @0.28 | 12/14/14-<br>12/27/14 | | 5.60 | YES |
| 01/02/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.56) | |
| 01/02/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.56 | |
| 01/02/2015 | FLCI | JAN /SJS3 REG/FUL 48 @0.26 | 12/14/14-<br>12/27/14 | | 12.48 | YES |
| 01/02/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (1.25) | |
| 01/02/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 1.25 | |
| 01/02/2015 | FLCI | SPEEDY | | | (4.67) | |
| 01/05/2015 | FLCI | COMMISSARY REGULAR SALE #8162989 | | | (12.18) | |
| 01/05/2015 | FLCI | COPIES | | | (8.55) | |
| 01/08/2015 | FLCI | COPIES | | | (0.15) | |
| 01/14/2015 | FLCI | JAN /SJS3 PRM/FUL 20 @0.28 | 12/28/14-<br>01/10/15 | | 5.60 | YES |
| 01/14/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.56) | |
| 01/14/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.56 | |
| 01/14/2015 | FLCI | JAN /SJS3 REG/FUL 48 @0.26 | 12/28/14-<br>01/10/15 | | 12.48 | YES |
| 01/14/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (1.25) | |
| 01/14/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 1.25 | |
| 01/20/2015 | FLCI | COMMISSARY REGULAR SALE #8179777 | | | (13.05) | |
| 01/21/2015 | FLCI | COPIES | | | (1.50) | |
| 01/28/2015 | FLCI | COPIES | | | (1.35) | |
| 01/29/2015 | FLCI | JAN /SJS3 PRM/FUL 20 @0.28 | 01/11/15-<br>01/24/15 | | 5.60 | YES |
| 01/29/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.56) | |
| 01/29/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.56 | |
| 01/29/2015 | FLCI | JAN /SJS3 REG/FUL 54 @0.26 | 01/11/15-<br>01/24/15 | | 14.04 | YES |
| 01/29/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (1.40) | |
| 01/29/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 1.40 | |
| 02/02/2015 | FLCI | COMMISSARY REGULAR SALE #8195227 | | | (8.97) | |
| 02/06/2015 | FLCI | US DISTRICT COURT OF WI- EASTERN DISTRICT | | | (5.00) | |
| 02/09/2015 | FLCI | POSTAGE | | | (2.03) | |
| 02/11/2015 | FLCI | OVERDRAWN | | 02112015 | 1.66 | |
| 02/11/2015 | FLCI | COPIES (OD) | | | (9.30) | |
| 02/12/2015 | FLCI | JAN /SJS3 PRM/FUL 20 @0.28 | 01/25/15-<br>02/07/15 | | 5.60 | YES |
| 02/12/2015 | FLCI | WITHHOLDING - OVERDRAFT | | 02112015 | (1.66) | |
| 02/12/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.39) | |
| 02/12/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.39 | |
| 02/12/2015 | FLCI | JAN /SJS3 REG/FUL 60 @0.26 | 01/25/15-<br>02/07/15 | | 15.60 | YES |
| 02/12/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (1.56) | |
| 02/12/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 1.56 | |
| 02/20/2015 | FLCI | COPIES | | | (0.15) | |
| 02/20/2015 | FLCI | COPIES | | | (8.55) | |
| 02/20/2015 | FLCI | COPIES | | | (1.80) | |
| 02/25/2015 | FLCI | MAIL ROOM RECEIPTS (AUTO) | | FLCI0153112 | 30.00 | YES |
| 02/25/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (3.00) | |
| 02/25/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 3.00 | |
| 02/26/2015 | FLCI | JAN /SJS3 PRM/FUL 20 @0.28 | 02/08/15-<br>02/21/15 | | 5.60 | YES |
| 02/26/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.56) | |
| 02/26/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.56 | |
| 02/26/2015 | FLCI | JAN /SJS3 REG/FUL 60 @0.26 | 02/08/15-<br>02/21/15 | | 15.60 | YES |

06/30/2015 07:29
DOCFBA

ISCONSIN DEPARTMENT OF CORRECTION:
FOX LAKE CORRECTIONAL INSTITUTION

CATAASR

T R U S T   A C C O U N T   A C T I V I T Y   S T A T E M E N T

FROM 12/31/2014  TO 06/30/2015
Certified six month statement of Mr. Miller's trust account
Questions call Cami Vande Berg 920-928-6941

DOC#: 00147363
NAME: MILLER, JOHN
DOB: 10/26/1962
LOCATION: FLCI-10A-1009B

ACCOUNT ACTIVITY

| | | | START BALANCE: $ | 214.09 |
| | | | END BALANCE: $ | 227.62 |
| | | | AVERAGE MONTHLY BALANCE: $ | 229.99 |
| | | | AVERAGE MONTHLY DEPOSITS: $ | 40.00 |
| | | | NUMBER OF DAYS IN PERIOD: | 182 |

| DATE | INST | TRANSACTION DESCRIPTION | | RECEIPT/ INFO NUMBER | AMOUNT | DEPOSIT |
|---|---|---|---|---|---|---|
| 02/26/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (1.56) | |
| 02/26/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 1.56 | |
| 03/12/2015 | FLCI | JAN /SJS3 PRM/FUL 20 @0.28 03/07/15 | 02/22/15- | | 5.60 | YES |
| 03/12/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.56) | |
| 03/12/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.56 | |
| 03/12/2015 | FLCI | JAN /SJS3 REG/FUL 60 @0.26 03/07/15 | 02/22/15- | | 15.60 | YES |
| 03/12/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (1.56) | |
| 03/12/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 1.56 | |
| 03/16/2015 | FLCI | COMMISSARY REGULAR SALE #8239518 | | | (4.81) | |
| 03/16/2015 | FLCI | MAIL ROOM RECEIPTS (AUTO) | | FLCI0154005 | 30.00 | YES |
| 03/16/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (3.00) | |
| 03/16/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 3.00 | |
| 03/16/2015 | FLCI | RACING ELECTRONICS LLC | | | (60.00) | |
| 03/19/2015 | FLCI | SPEEDY | | | (4.90) | |
| 03/25/2015 | FLCI | POSTAGE | | | (6.70) | |
| 03/26/2015 | FLCI | JAN /SJS3 PRM/FUL 20 @0.28 03/21/15 | 03/08/15- | | 5.60 | YES |
| 03/26/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.56) | |
| 03/26/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.56 | |
| 03/26/2015 | FLCI | JAN /SJS3 REG/FUL 60 @0.26 03/21/15 | 03/08/15- | | 15.60 | YES |
| 03/26/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (1.56) | |
| 03/26/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 1.56 | |
| 03/30/2015 | FLCI | COMMISSARY REGULAR SALE #8253715 | | | (34.38) | |
| 03/30/2015 | FLCI | COMMISSARY REGULAR SALE #8253716 | | | (0.69) | |
| 04/01/2015 | FLCI | COPIES | | | (0.30) | |
| 04/01/2015 | FLCI | COPIES | | | (0.60) | |
| 04/08/2015 | FLCI | POSTAGE | | | (0.90) | |
| 04/09/2015 | FLCI | JAN /SJS3 PRM/FUL 20 @0.28 04/04/15 | 03/22/15- | | 5.60 | YES |
| 04/09/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.56) | |
| 04/09/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.56 | |
| 04/09/2015 | FLCI | JAN /SJS3 REG/FUL 60 @0.26 04/04/15 | 03/22/15- | | 15.60 | YES |
| 04/09/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (1.56) | |
| 04/09/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 1.56 | |
| 04/13/2015 | FLCI | COMMISSARY REGULAR SALE #8266396 | | | (24.09) | |
| 04/23/2015 | FLCI | JAN /SJS3 PRM/FUL 5 @0.28 04/18/15 | 04/05/15- | | 1.40 | YES |
| 04/23/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.14) | |
| 04/23/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.14 | |
| 04/23/2015 | FLCI | 070 /VOLU VUN/FUL 80 @0.00 04/18/15 | 07/13/14- | | 0.00 | YES |
| 05/05/2015 | FLCI | POSTAGE | | | (0.21) | |
| 05/07/2015 | FLCI | 070 /UN1  REG/FUL 160 @0.05 05/02/15 | 11/02/14- | | 8.00 | YES |
| 05/07/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.80) | |
| 05/07/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.80 | |
| 05/11/2015 | FLCI | COMMISSARY REGULAR SALE #8291905 | | | (5.44) | |
| 05/21/2015 | FLCI | 070 /UN1  REG/FUL 80 @0.05 05/16/15 | 05/03/15- | | 4.00 | YES |
| 05/21/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.40) | |
| 05/21/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.40 | |
| 05/26/2015 | FLCI | COMMISSARY REGULAR SALE #8305053 | | | (3.90) | |

06/30/2015 07:29     'ISCONSIN DEPARTMENT OF CORRECTION     PAGE 3 OF 3
DOCFBA        FOX LAKE CORRECTIONAL INSTITUTION       CATAASR

T R U S T   A C C O U N T   A C T I V I T Y   S T A T E M E N T

FROM 12/31/2014  TO 06/30/2015
Certified six month statement of Mr. Miller's trust account
Questions call Cami Vande Berg 920-928-6941

DOC#: 00147363            START BALANCE:$  214.09
NAME: MILLER, JOHN           END BALANCE:$  227.62
DOB: 10/26/1962       AVERAGE MONTHLY BALANCE:$  229.99
LOCATION: FLCI-10A-1009B     AVERAGE MONTHLY DEPOSITS:$  40.00
ACCOUNT ACTIVITY       NUMBER OF DAYS IN PERIOD:  182

| DATE | INST | TRANSACTION DESCRIPTION | | RECEIPT/ INFO NUMBER | AMOUNT | DEPOSIT |
|---|---|---|---|---|---|---|
| 06/04/2015 | FLCI | 070 /UN1  REG/FUL 72 @0.05 05/30/15 | 05/17/15- | | 3.60 | YES |
| 06/04/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.36) | |
| 06/04/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.36 | |
| 06/18/2015 | FLCI | 070 /UN1  REG/FUL 80 @0.05 06/13/15 | 05/31/15- | | 4.00 | YES |
| 06/18/2015 | FLCI | DEDUCTION - REGULAR ACCOUNT | | | (0.40) | |
| 06/18/2015 | FLCI | ALLOCATION - RELEASE ACCOUNT | | | 0.40 | |
| 06/25/2015 | FLCI | COPIES | | | (5.10) | |

**15CV2036**

MAY 27 2015
FILED

## AUTHORIZATION TO WITHHOLD MONEY FROM ACCOUNTS

AUG − 3 2015.

I, _____John J. Miller_____ , # _1473_ DANE COUNTY CIRCUIT COURT
(Print Plaintiff's/Petitioner's Name)          (I.D. Number, e.g. DOC #)

wish to commence a lawsuit described as follows: Charles Larson, Susan Mc-
Murray, Angela Kast, Wendy Polansky, Jodi Mulder,
Mel Pulver, Healthservice unit of FLCI, security Dept of FLCI, Dept office
Name(s) of defendant(s)/respondent(s)          CoRR

_Dane County Circuit Court, 215 South Hamilton st  Madison WI 53703_
Name of court (e.g. Circuit Court for Dodge County)
Medical Malpractis
_Medical Malpractis_
Subject of the lawsuit (e.g. disciplinary ticket #)

If the court permits me to commence this lawsuit, by my signature below I authorize the agency
having custody of my prison trust fund account to forward payments from my account to the
clerk of court each time the amount in the account exceeds $10 until the costs and fees are paid
in full.

_John J. Miller_
(Signature of plaintiff/petitioner)

_6/29/2015_
Date

CUSTODIAN:

Give inmate a copy after he or she signs it.

When suit is filed and served, enter court case number here: _____

*A COPY OF THIS FORM MUST ACCOMPANY CIRCUIT COURT FORM CV-438 OR
CV-440, PRISONER'S AFFIDAVIT OF INDIGENCY

FILED

AUG - 3 2015

DANE COUNTY CIRCUIT COURT

CIRCUIT COURT, BR. 9

State of Wisconsin   Circuit Court   Dane County

# Summons

John J. Miller                                    Case No. __15CV2036__

W10237 lake Emily Rd

P.O. Box 200 Fox lake, WI 53933          Classifacation Code

**Plaintiff**                                     30103/30104/30106

                                                  30107/30701

V.

**RECEIVED**

JUL  1 2015

DANE COUNTY CIRCUIT COURT

1) Dr. Charles larson

   3099 EAST Washington Ave, P.O. Box

   7925 Madison, WI 53707-7925

   W10237 lake Emily Rd, Fox lake, WI 53933

2) Nurse Assistant, Susan McMurray

   3099 EAST Washington Ave, P.O. Box

   7925 Madison, WI 53707-7925

   W10237 lake Emily Rd, Fox lake, WI 53933

3) Nurse Assistant Angela Kast

   3099 EAST Washington Ave, P.O. Box

   7925 Madison, WI 53707-7925

   W10237 lake EMily Rd Foxlake, WI 53933

4) Nurse Assistant Wendy Polensky

   3099 EAST Washington AUE, P.O. Box

   7925 Madison, WI 53707-7925

   W10237 lake Emily Rd Foxlake, WI 53933

                    1 of 4          Defendants

5) Nurse Assistant Jodi Mulder
   3099 EAST Washington Ave P.O. Box 7925 Madison, WI 53707
   W10237 lake Emily Rd Fox lake WI 53933

6) Captain Mel Pulver
   3099 EAST Washington Ave, P.O. Box 7925 Madison, WI 53707
   W10237 lake Emily Rd Fox lake, WI 53933

7) Health Service Unit of Fox lake, Corr, INST,
   3099 EAST Washington Ave P.O. Box 7925 Madison,
   WI 53707-7925.
   W10237 lake Emily Rd Fox lake, WI 53933

8) Security Department of Fox Lake, Corr, Inst
   3099 EAST Washington AVE P.O. Box 7925
   Madison, WI 53707-7925
   W10237 lake Emily Rd Fox lake, WI 53933

9) Department of Corrections
   3099 EAST Washington Ave P.O. Box 7925
   Madison, WI 53707-7925
   (Individually and in their Official Capacity)
                      Defendants

          Summons Continued

                2 of 4

SUMMONS Continued

State of Wisconsin

To EAch Person Named in the Summons is a defendent
   You are hereby notified that the Plaintiff has
Filed a lawsuit against you. The Complaint, which
is attached, states the nature and basis of the
legal action.
      Within twenty (20) days of receiving this
Summons, you must respond in written answer, as that
term is used in chapter 802 of Wisconsin statutes,
to the Complaint. The Court may reject or disregard
an answer that does not follow the requirement of
the statutes. The Answer must be sent or delivered
to the Court, whose Address is 1000 Courthouse, 210
South Hamilton street, Madison, Wisconsin 53203;
and to Plaintiff at Foxlake, Corr, Inst. W10237
lake Emily Rd P.O. Box, 200 Foxlake, Wisconsin 53933.
you may have an attorney Help or represent you.
   If you don't Provide a Proper answer within (20)
days, the Court may Grant Judgment against
you for the award of Money Requested in the Com-
-Plaint, and you may lose your right to object to any-
-thing that is or may, be incorrect, in the Complaint. A
Judgment awarding Money may become a lien against
ANY real estate you own or in the future, and may
be enforced by garnishment or seizure of Property.

3 of 4

Summons Continued

Dated this 19 day of June , 2015

Respectfully Submitted

John J. Miller

John J. Miller

-4 of 4

**FILED**

State of Wisconsin   Circuit Court          Dane County

John J. Miller                    Case No. **15CV2036**
                                   AUG - 3 2015
                                   DANE COUNTY CIRCUIT COURT

W10237 lake Emily Rd              Complaint.

Fox lake, WI 53933                Classifacation Code
            Plaintiff             30103 30104 30106
    V.                            30107 30701

1) Dr. Charles Larson

   3099 East Washington Ave, Madison WI 53707          **RECEIVED**

   W10237 lake Emily Rd Foxlake, WI 53933          JUL  1 2015

                                   DANE COUNTY CIRCUIT COURT

2) Assistant Nurse Susan Mc Murray

   3099 EAST Washington Ave Madison, WI 53707

   W10237 lake Emily Rd Foxlake, WI 53933

3) Assistant Nurse Angela Kast

   3099 EAST Washington Ave, Madison, WI 53707

   W10237 lake Emily Rd Foxlake, WI 53933

4) Assistant Nurse Wendy Polensky

   3099 East Washington AVE, Madison, WI 53707

   W10237 lake Emily Rd Foxlake, WI 53933

5) Assistant Nurse Jodi Mulder

   3099 East Washington Ave, Madison, WI 53707

   W10237 lake Emily Rd Fox lake, WI 53933

6) (Captain) Mel Pulver

   3099 EAST Washington Ave Madison, WI 53707

   W10237 lake Emily Rd Foxlake, WI 53933

                    1 of 17     defendants

Complaint Continued

7) Health Service Unit of Fox lake, Corr, Inst
   3099 EAST Washington Ave, Madison, WI 53707
   W10237 lake Emily Rd Foxlake, WI 53933

8) Security Department of Foxlake, Corr, INST.
   3099 EAST Washington AVE, Madison, WI 53707
   W10237 lake Emily Rd Foxlake, WI 53933

RECEIVED
2018
DANE COUNTY CIRCUIT COURT

9) Department of Corrections
   3099 EAST Washington Ave, Madison, WI 53707
                                    Defendants
   (INDividually and in their Official, Capacity)

2 of 17

I legal Claim

1) The Plaintiff at all times hereinafter Mentioned, insti-
tuted this Civil Rights Complaint against the said
defendants under 42 U.S.C. § 1982 - 1988.

2) The defendants, at all time hereinafter Mentioned
were Personally involved either directly or indirectly
in Violating Plaintiff's Civil Rights.

3) The defendants at all times hereinafter Mentioned,
acted individually to Violate Plaintiffs Civil Rights.

4) The defendants at all times hereinafter Mentioned
acted in Concert to Conspire to Violate Plaintiffs
Civil Rights

5) The defendants, at all times here in aFter Mentioned,
acted with negligence to Violate Plaintiffs Civil Rights.

6) The defendants, at all time hereinafter Mentioned,
acted with gross negligence to Violate Plaintiffs
Civil Rights

7) The defendants, at all times hereinafter Mentioned, acted
with Malice intent or aforethought to Violate Plaintiffs
Civil Rights.

8) The defendants, at all times hereinafter Mentioned,
acted with omission or Commission to Violate
Plaintiff of his Civil Rights

9) The defendants, at all times hereinafter Mentioned,

acts and/or inacts deprived Plaintiff of his secured
Constitutional rights under article I, Sections 1.6,11,13,
15, and 16 of the WI Constitution.

10) The defendents, at all times herein after Mentioned,
acts and/or inacts deprived Plaintiff of his secured
constitutional Rights under Amendments 1, 4, 5, 8, 9, 10, 14,
of the united States Constitution.

11) The defendent, at all times herein after Mentioned
in reference to ¶¶ 9-10 (ibid.) of this instrument or pleading,
treated Plaintiff deliberate indifference.

12) The defendents, at all times herein after Mentioned, in
reference to ¶¶ 9-10 (ibid.) of this instrument or pleadings,
Treated Plaintiff with cruel and unusal Punishment.

13) The defendents, at all times herein after Mentioned, in ref-
erence to ¶¶ 9-10 (ibid.) of this instrument or Pleadings,
deprived Plaintiff of his personal and/or Private Property
that hold sentimental Value.

14) The defendents, at all Times herein after Mentioned, Misused
and/or abused their discretion by acting unreasonable in their
decision-Makings.

15) The defendents, at all times herein after Mentioned, preformed
acts of Medical Mal practice in regards to plaintiff's Medical
Care which caused him undue Pain.

16) The defendents, at all times herein after Mentioned, preformed
Mistreatment in regards to Plaintiff's Well-being or Person which
Caused him undue Person or Physical injury.

4 et 17

17) The defendents, at all times herein after Mentioned, in reference to ¶.13 (ibid) of this instrument or Pleadings, Caused Plaintiff undue Mental anguish and/or Emotional distress.

18) The defendents, at all times herein after Mentioned, Violated Plaintiff's Civil Rights while they acted within the scope of their employment.

19) The defendents, at all times herein after Mentioned, Violated Plaintiff Civil Rights while acting under the Color of state law

20) The defendent, at all times hereinafter mentioned, Violated Plaintiff Civil Rights while acting with Misconduct of Public office

## II JURISDICTION

21) The Circuit Court of Dane County, 1000 Courthouse, 210 South Hamilton street, Madison, WI 53703 at all Times here in after Mentioned, has personal Jurisdiction over this Subject matter before it Pursuant to §§801.06 and 801.11, WIS, STATS.

## III VENUE

22) The Circuit Court of Dane County 1000 Courthouse, 210 South Hamilton street. Madison, WI 53703, at all Times here in after Mentioned, is the appropriate Place to Commence this Civil Rights Complaint against defendents Pursuant to §801.50(3) Wis stats.

## IV Exhaustion of Administrative remedies

23) The Plaintiff, at all times hereinafter Mentioned, has exhausted all available administrative remedies Prior to Commencing this civil Rights Complaint, Pursuant to §801.02, WIS.STATS.

5 of 17

And 42 U.S.C. § 1997e(a), (see declaration of John J.
Miller in support of civil Rights Complaint (hereinafter
"Decl. of John J. Miller") at pp 1-2, ¶ 3.)

## V. NOTIFCATION of CIAIM & INJury

24) The Plaintiff, at all Times hereinafter Mentioned,
has Notified the state of WI Attorney General of his
Claim and Physical indury Caused by defendents by Mailing
Via Certified Mail & Return reciept a Notice of indury
and Claim document, Persuant to § 893.82, WIS STAT.
to the office of the Attorney General at 114 EAST State
Capitol, Madison, WI 53707-7857. (Decl. of John
J. Miller at p2, ¶4.)

## VI Parties

25) The Plaintiff, John J. Miller a real Person of age
(With Birthdate of 10/26/1962), at all Times hereinafter
Mentioned, Was a Prisoner in WI Prison system in Cus-
Tody and Care of the Dept of Corr, Inst, 3099 EAST
Washington Ave, P.O. Box, 7925, Madison, WI 53707-7925
housed at Fox lake Corr Inst, W10237 lake Emily RD,
P.O. Box 200, Fox lake, WI 53933-200 on August 2, 2012.
26) CHARIES Larson a real Person of age, at all Times
hereinafter Mentioned Was a Physician (assumingly
Licensed) With the Dept of Corr, 3099 EAST Washington
Ave, P.O. Box 7925, Madison, WI 53707-7925, Whose
office or place of employment Was located at Fox lake
Corr Inst, Health Service unit, W10237 lake Emily RD,

5 of 17

P.O. Box 248 Fox lake, WI 53933-0147 on August 2, 2012.

27) The defendant, Susan McMurray, a real Person of age, at all times hereinafter Mentioned, Was an Assistant Nurse With the Dept of Corr, 3099 EAST Washington Ave. P.O. Box 7925 Madison, WI. 53707-7925, Whose Place of employment Was located at Fox lake Corr Inst health service unit, W10237 lake Emily Rd P.O. Box 147, Fox lake, WI 53933-0147 on August 2, 2012.

28) The defendant, Angela Kast, a real Person of age at all time hereinafter Mentioned Was an Assistant Nurse, With the Dept of Corr, 3099 EAST Washington Ave, P.O. Box 7925, Madison, WI 53707-7925, Whose Place of employment Was located at Fox lake Corr Inst, Health Service unit, W10237 lake Emily Rd, P.O. Box 147, Foxlake, WI 53933-0147 on August 2, 2012.

29) The defendant Wendy Polensky, a real Person of age, at all Times hereinafter Mentioned, Was an assistant Nurse, With the Dept of Corr, 3099 EAST Washington Ave, P.O. Box 7925, Madison, WI 53707-7925, Whose Place of employment Was located at Fox lake Corr Inst Health Service unit, W10237 lake Emily Rd P.O. Box 147 Foxlake, WI 53933-0147, on August 2, 2012.

30) The defendant Jodi Mulder, a real Person of age, at all times hereinafter Mentioned, Was an Assistant Nurse With the Dept of Corr, 3099 EAST Washington Ave P.O. Box 7925, Madison, WI

2 OF 17

53702-7925, Whose Place of employment Was Located at Foxlake Corr, Inst, Health Service unit W10237 Lake Emily Rd, P.O. Box 147 Foxlake, WI 53933-0147 August 2, 2012.

31) The defendent, Mel Pulver, a real Person of Age at all Times hereinafter Mentioned, Was the acting Captain and/or Assistant Security With the Dept of Corr, 3089 EAST Washington Ave, P.O. Box 7925, Madison, W.I. 53707-7925 Whose Place of employ-ment Was Located at Dept Foxlake Corr, Inst Adminis-tration Building W10237 lake Emily Rd P.O. Box 147 Foxlake, WI 53933-0147 on Aug 2, 2012.

■) VII DUTIES of PARTIES

32) The Plaintiff, John J. Miller a real Person of Age (with Birth Date of 10/26/1962, At all time here in after Mentioned, on August 2, 2012. Was a Citizen of these united States and has a citizenry duty to notify the Public, by and/or through Verbal and/or written grievance, of any crimanal acts or Civil Torts Committed by any Person, including and not limited to, real or artificial.

33) The defendent Charles Larson, a real Person of age at all Times herein after Mentioned, on August 2, 2012 was acting the Capacity of a physician and owes the Plain-tiff a duty of (reasonable and ordinary) care, and owes a Fiduciary duty to the Public, his employer(s), supervisor(s) superior(s)        8 of 17

34) The defendent, Susan McMurray a real person of age at all times hereinafter Mentioned on August 2, 2012, was acting in the Capacity of an assistant Nurse and owes the Plaintiff a duty of (reasonable and ordinary) care, and owes a fiduciary duty to the Public, her employer(s), Supervisor(s) and Superior(s),

35) The defendent, Angela Kast, a real person of age, at all Times hereinafter Mentioned, on August 2, 2012 Was acting in the Capacity of an assistant Nurse and owes the Plaintiff a duty of (reasonable and ordenary) care, and owes a fiduciary duty to the public, her employer(s) Supervisor(s) and superior(s)

36) The defendent Wendy Polensky a real person of age at all Times here in after Mentioned, on August 2, 2012, Was acting in the Capacity of an assistant Nurse and owes the Plaintiff a duty of (reasonable and ordinary) care, and owes a Fiduciary duty to the Public, her employer(s). supervisor(s) and superior(s)

37) The defendent Jodi Mulder a real person of age at all times here in after Mentioned on August 2, 2012, was Acting in the in the Capacity of an Assistant Nurse and owes the Plaintiff a duty of (reasonable and ordinary) care and owes a fiduciary duty to the Public, her employer(s), Supervisor(s) and superior(s).

38) The defendent, Mel pulver, a real person of age, at all times hereinafter Mentioned, on August 2, 2012.

9 of 12

Was acting in the Capacity of Captain (and Assistant Security) with in the security department, and he owes a duty of (reasonable and ordinary) Care to the Plaintiff, and owes a Fiduciary duty to the Public, his employer(s), Supervisor(s), Superior(s)

VIII   Factual Basis

39) The Plaintiff John J. Miller, a real Person of age (with Birthdate of 10/26/62), at all times hereinafter Mentioned Was Wedded/Married to Susan Marie Siefer (hereinafter lastname of "Miller" Will be used): a real Person of age (with Birth date 12/25/1963). See Exhibit Packet 3 at p1, #3.)

40) The Plaintiff, John J Miller, a real Person of age (with Birth date of 10/26/1962), at all times hereinafter Mentioned, Was provided a Wedding band/ring by a Susan Marie Miller (with birth date 12/25/1963, in regards to Their being Wedded/married on August 8, 1986. Exhibit Packet 3, at p1. #4.)

41) The Plaintiff, John J. Miller, a real Person of age (with birth Date 10/26/62 at hereinafter Mentioned, on August 2, 2012, at approximately 12:25PM Was directed by a Sergeant Donna Angst to report to the Fox lake Corr INST, Administration building to report to the defendant (Captain) Mel Pulver, Exhibit Packet 3 at p1, #6.)

42) The Plaintiff, John J. Miller, a real Person of age (with Birth date 10/26/62) at all Times hereinafter

10 of 12

Mentioned, on August 2, 2012, was Told by defendant (Captain) Mel Pulver, That another Women other than Susan Marie Miller had set Claim to Plaintiff's Wedding Band (ring as her own (Exhibit Packet 3 at p 2, ¶ 8.)

43) The Plaintiff, John J. Miller, a real Person of age (with Birth date 10/26/1962), at all times hereinafter Mentioned on August 2, 2012, Was ordered to report to the Fox lake Corr Inst Health Service unit by Defendent (Captain) Mel Pulver so that the Health Service unit Staff: I.E., Defendents Charles larson, Susan McMurray, Angela Kast, Wendy Polensky, and Jodi Mulder, Could remove the Wedding Band/Ring, (Exhibit Packet 3 at p 2, ¶¶ 9-12.)

44) The Plaintiff, John J. Miller, a real person of age (with Birth date 10/26/1962) at all Time hereinafter Mentioned Reported to the Foxlake Corr Inst, as he was ordered to do so by defendent (Captain) Mel Pulver, and upon reporting to the health Service unit, Defendents: Charles larson, Susan McMurray, Angela Kast, Wendy Polensky and Jodi Mulder attempted and tried removing the Wedding band/ring From plaintiffs Finger (Exhibit Packet 3 at p 2, ¶¶ 15-16.)

45) The Plaintiff, John J. Miller, a real Person of Age (with birth date 10/26/1962), at all times hereinafter Mentioned, on August 2, 2012, INformed Defendents

11 0.1.2

Charles larson, Susan McMurray, Angela Kast, Wendy Pol-
ensky, and Jodi Mulder, that He was experiencing
Pain and hurting From their unsuccessful Attemps
and tries to remove the Wedding band/ring From Plain-
tiffs ring Finger, Which included but not Limited
to latter alleged defendents Methods of twisting,
Turning, Pulling, Rubbing, Lubricating, Prying and
Tugging (Exhibit Packet 3 at pp1-2, ¶¶ 16-19.)

46) The Plaintiff, John J. Miller, a real Person of age
(with the date of Birth 10/26/1962), at all times
hereinaFter Mentioned, on August 4, 2012
at approximately 12:30 PM, Noticed what see-
med to be a boil and extreme swelling that had
occured to Plaintiff's ring Finger (Exhibit 3 p 2, ¶ 34)

47) The Plaintiff, John J. Miller, a real Person of age
(with Birthdate 10/26/1962) at all times hereinaFter
Mentioned, on august 4, 2012, at aproximately 12:30 PM
Noticed the Joints of his ring finger and his left hand
was serverally in Pain (Exhibit Packet 3 a p2, ¶ 34.)

48) The Plaintiff, John J. Miller, a real Person of age (with
the Birthdate 10/26/1962) at all times hereinaFter Men-
Tioned never had any physical indury to his ring Finger
despite wearing it for Almost 30 (Exhibit Packet 3 at p3,
¶ 46.)
                                    years

49) The Plaintiff, John J. Miller, a real Person of age
(with Birthdate 10/26/1962) at all times hereinaFter
Mentioned                12 of 17

-, on August 6, 2012, had to have his ring Finger drained of Fluid by defendant Susan McMurray (who Advised him to report back to health service unit on August 7, 2012 for a Followup treatment) because the ring Finger had Became infected. (Exhibit Packet 3 at p3, ¶¶ 45-48) (see Also Progress notes of the Dept of Corr (Form Doc-3021) From Foxlake Corr, Health Service unit date August 2,7,9, 2012, thats Attached to (Exhibit 3 as Exhibit D & E)

50) The Plaintiff, John J. Miller, a real Person of age (with Birth Date 10/26/1962) at all times hereinAfter Mentioned between August 6-8, 2012 Was advised by defendant Susan McMurray to return to the health service unit on thursday August 9, 2012, for a follow up appointment after she Palpated the Physical injury on Plaintiff's ring Finger and attempted to drain any infectious Mucus (Exhibit Packet 3 at p4, ¶55.)

51) The Plaintiff, John J. Miller, a real Person of age (with Birth date 10/26/1962), at all times hereinafter Mentioned sufferd From Emotional injury as a result of the Physical injury Committed to his ring Finger on August 2, 2012, by the defendents whereas he had to request to be seen by the Foxlake Corr Inst, Psychology Service clinic (Exhibit Packet 3 at pp 4-7, ¶¶ 63-81, 113-120,)

IX IMMUNITY

52). The Plaintiff, John J. Miller, a real Person of age (with

13 of 17

Birthdate 10-26-1962) at all Times herein after Mentioned alleges that none of the defendents Conseek Protection by Qualified or absolute ammunity or the Corporate Veil for their individual and /or concerted negligence, gross negligence, or intentional acts or inacts that Caused Plaintiff Physical and emotional injury to his Person and Mental Capacity while each of the defendants acted under Color of state in the scope of their employments

53) The Plaintiff, John J. Miller a real person of age (With Birth date 10/26/1962) at all times herein after Mentioned, on August 4, 2012, ring Finger was photograp-hed by a (Captain) Joseph, Marwitz (Exhibit Packet 3 at p2, ¶21a.)

54) The Plaintiff, John J. Miller a real Person of age (with) (Birthdate 10/26/1962) at all times herein after Mentioned, on or around August 4, 202, at approximately 12:40 pm Plaintiff Questioned Donna Angst Whether additional photo-graphs of his physical Induced ring Finger Could be taken for Preservation of evidence, whereas Plaintiff was told no, staff Would be taking any (additional) Photographs, That it Would be Plaintiff's responsibility to pleserve his own photographs for evidence (Exhibit Packet 3 at p3, ¶35.)

✗ Proximate Cause

55) The Plaintiff, John J. Miller, a real person of age (with) (Birth date 10/26/1962) at all Times hereinaFter Mentioned

Alleges that the proximate cause of his physical and emotional injuries were as a result of the negligence. gross negligence, Malice intent or intentional act and omissions of the Defendants while they Acted under the Color of state law in the scope of their employments.

## XI CONCLUSION

56) The defendant, Charles Larson, Susan McMurray, ANGela Kast, Wendy Polensky, Jodi Mulder, Mel, Pulver, Health Service unit of Foxlake Corg Inst, Security Department of Foxlake Corg Inst and Dept of CoRR real and artificial Person, at all Times herein after Mentioned, on August 2, 2012, Caused Physical and emotional injuries to Plaintiff depriving Plaintiff of his Secured Civil Rights Under 42 U.S.C §§ 1982— 1988 and/or The state and Federal Constitution.

## XII Prayer for RELIEF

WHEREFORE, Plaintiff, John J. Miller, a real Person of Age(47th Birth Date 10/26/1962). at all times hereinafter Mentioned, Respectfully Pray that this Court enter Judgment granting Plaintiffs:

57) A declaration that the acts and omissions described herein Violated Plaintiffs Rights under the Constitutions of the state of Wisconsin and the United States of America, as well as under the Federal and state statutory law's

58) Compensatory damages in the Amount of $150,000,00

59) Punitive Damages in the Amount of 10,000,00 against EAch Defendent.

60) A Jury trial on all Issues triable by Jury

61) Plaintiffs Cost on this Civil Suit.

62) Declaratory Judgment

63) Any Additional Relief this Court Finds or Deems Just, Proper, and appropriate.

Dated this 19 , day of June , 2015

Respectfully Submitted

John J. Miller
John J Miller
Pro se

18 of 18

# VERIFICATION

I have Read the Forgoing Civil Rights Complaint and hereby Verify that the Matter alleged Therein are true and Accurate, Except as to Matters alleged there in are true and accurate, Except as to Matter Alleged on information and belief and as to those, I Believe them to be True,

I Certify under penalty and Perjury that under 28 U.S.C. § 1746 that the Forgoing is true and Correct

Executed

on this 19, day of June, 2015

*John J. Miller*
John J. Miller
Pro se

170f17

State of Wisconsin     Circuit Court     Dane County
Added/Amended Information to the Complaint
## VI Parties

1) The Defendant Health service unit of Foxlake Corr,Inst, an artificial Person, at all Times here in after mentioned, Was an agency of the Department of Corrections, 3099 EAST Washington Ave, P.O.Box 7925, Madison, WI 53707-7925 Whose Unit is located at Foxlake, Corr, Inst. W10237 lake Emily Rd, Foxlake, WI 53933 on August 2, 2012

2) THE Defendant, Security Department of Foxlake Corr, INST, an artificial Person, at all Times herein after Mentioned, Was an agency of the Department of Corr 3099EAST Washington AVE, P.O.Box 7925 Madison, WI 53707-7925 Whose Compartment/office is Located at Foxlake, Corr, INST W10237 lake Emily Rd. FOXLAKE, WI 53933 on August 2, 2012

3) THE Defendant Department of Corrections, an Artificial Person at all times herein after Mentioned, Was a Governmental entity and agency of the State of Wisconsin doing Business as a Caretaker and Custodian For WI Prisoners, Whose Place of employment is located at 3099 EAST Washington AVE, P.O.Box 7925, Madison, WI 53707-7925

1 of 2

VII DUTIES of Parties

Amended INformation to the Complaint

4) THE Defendant Health service unit of Foxlake, Corr INST, an artificial person, at all times hereinafter Mentioned on August 2, 2012, Was in operation and doing business as a Medical Facility Providing medical Care and need to Prisoners, and it owes a duty of (reasonable and Ordinary) Care to Plaintiff, and owes a Fiduciary duty to the Public, its employer(s) supervisor(S) and Superior(S)

5) THE Defendants, Security Department of Foxlake, Corr, INST, an artificial person, at all times hereinafter Men-Tioned, on August 2, 2012, Was in operation and doing Business, a Security (Police or intelligence) Facility and it owes a duty of (reasonable and Ordinary) Care to Plaintiff, and owes a Fiduciary Duty to the Public, Its employer(S), and supervisor(s), Superior(S),

6) THE Defendant Department of Corrections s an artificial Person at all times hereinafter Mentioned, on August 2, 2012, Was in operation and doing business as a Custodian facility, housing Prisoners for WI, Prison system and it owes a duty of (reasonable and Ordinary) Care to the Plaintiff and owes a Fiduciary duty to the Public, its employer(s), Supervisor(s) and Superior(S),

2 of 2          John J. Miller

Dated 19 day of June 2015          John J Miller

STATE of Wisconsin Circuit Court           Dane County

John J Miller                    Case No.
        Plaintiff               Classification Code 30103/30104
                                     30106, 30107/30701
V.
Dr. Charles larson,             Health Service unit of Fox
Susan McMurray,                 lake, Correctional INST,
Angela Kast,                    Security Department of
Wendy Polensky,                 Foxlake Correctional Inst,
Jodi Mulder,                    Department of Corrections
Assistant/acting Security Director   All Defendants
Captain Mel Pulver   Defendants

        Exhibit Packet 1, pp 1-9

RECEIVED

JUL  1 2015

DANE COUNTY CIRCUIT COURT

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 12/02)

Page 1

WISCONSIN
Administrative Code
Chapter DOC 310

## OFFENDER COMPLAINT

INSTRUCTIONS: *SEE REVERSE SIDE*

| OFFENDER NAME (If group complaint, enter name of spokesperson) | | DOC NUMBER |
|---|---|---|
| John Miller | | 147363 |

| TO BE FILLED IN BY ICE ONLY |
|---|
| DOC COMPLAINT FILE NUMBER |
| FLCI-2012-17580 |
| DATE COMPLAINT RECEIVED |
| AUG 15 2012   AUG 21 2012 |
| CODE NUMBER |
| 19 |

| INSTITUTION NAME | OFFENDER HOUSING UNIT | CELL OR ROOM NUMBER |
|---|---|---|
| Fox Lake | 4 | 414 |

DATE OF INCIDENT OR DENIAL OF REQUEST
8/7/12

STATE YOUR COMPLAINT

On 8/7/12, I was sent to the HSU by Cpt. Pulver to have my wedding ring removed. (Against my wishes.)

I have requested documentation from HSU, but none has been provided.

I have written Holly Meire, but no response yet.

My complaint is that HSU tried to remove my wedding ring without my consent and has no documentation that they did so.

NAME(S) OF PEOPLE WHO HAVE INFORMATION ABOUT THIS COMPLAINT

M. Pulver, S. McMurray, W. Polenska, D. Angst, B. Schmidt

SIGNATURE OF OFFENDER OR SPOKESPERSON
John Miller

DATE SIGNED
8/17/12

NOTICE TO OFFENDER:   The ICE will acknowledge your complaint within 5 working days of the date of receipt.

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-410 (Rev. 12/03)

WISCONSIN
Administrative Code
Chapter DOC 310

Page 3

# ICE RECEIPT
## COMPLAINT NUMBER FLCI-2012-17580
### * * * ICRS CONFIDENTIAL * * *

To:   MILLER, JOHN - #147363
        UNIT: 04-A — 14-B
        FOX LAKE CORRECTIONAL INSTITUTION
        W10237 Lake Emily Road
        PO Box 147
        FOX LAKE, WI  53933-0147

**Complaint Information:**

Date Acknowledged:       08/21/2012

Subject of Complaint:    19 - Confidentiality of & Access to Protected Health Information

Brief Summary:           documentation from attempted ring removal

This is to acknowledge the complaint you filed and which was received on the date indicated.  Depending on
the nature of the complaint, you may or may not be interviewed by the ICE.  A recommendation on the
complaint will be made and submitted to the appropriate reviewing authority within 20 working days of
acknowledgement.  A decision will be made by the appropriate reviewing authority within 10 working days
following receipt of the recommendation unless extended for cause.

### Please write to the ICE if this issue is resolved before you receive an answer.

Exhibit A

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-401 (Rev. 12/03)

Page *3*

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER FLCI-2012-17580
### * * * ICRS CONFIDENTIAL * * *

To: MILLER, JOHN - #147363
UNIT: 04-A – 14-B
FOX LAKE CORRECTIONAL INSTITUTION
W10237 Lake Emily Road
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information:**

| | |
|---|---|
| Date Complaint Received: | 08/21/2012 |

Inmate Contacted?  No

Subject of Complaint: 19 - Confidentiality of & Access to Protected Health Information

Document(s) Relied Upon: BHS 500:08

Brief Summary: documentation from attempted ring removal

Summary of Facts: Inmate Miller complains he has not received documentation about an attempted ring removal. Claims he requested this on 8-2-12.

Per BHS policy 500:08; Request by Patient to Inspect and Obtain Copies of Personal Health Information; the inmate must request the information using DOC-1163A and include a disbursement request DOC-0184. HSU staff then has thirty days to process an inmate's request for copies.

Based on the above, the inmates complaint is premature. Recommendation is for dismissal of the complaint.

ICE Recommendation: Dismissed

Recommendation Date: 08/22/2012

*Renee Schueler*

Renee Schueler

Exhibit (R)

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-403 (Rev. 12/03)

Page 4

WISCONSIN
Administrative Code
Chapter DOC 310

# REVIEWER'S DECISION
## COMPLAINT NUMBER FLCI-2012-17580
### * * * ICRS CONFIDENTIAL * * *

**To:**  MILLER, JOHN - #147363
UNIT: 04-A – 14-B
FOX LAKE CORRECTIONAL INSTITUTION
W10237 Lake Emily Road
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information:**

Date Complaint Received: 08/21/2012

Subject of Complaint: 19 - Confidentiality of & Access to Protected Health Information

Brief Summary: documentation from attempted ring removal

ICE's Recommendation: Dismissed

Reviewer's Decision: Dismissed

Reason(s) for Decision: If there is documentation in the Medical Chart about the alleged actions by HSU staff to remove his ring, the HSU has 30 days from his request in which to provide a copy of the document.  He will be assessed 15 cents per page. The 30 day time frame had not ended as of the filing of his complaint, but will on/about September 2, 2012. The HSU should inform Mr. Miller of the number of pages in his Chart related to the ring removal immediately, so that he can sign a DOC-0184 Disbursement Request.

Decision Date: 08/31/2012

*Gloria Marquardt* (signature)

Gloria Marquardt

CC:
**Distributed via email**
Meier, H

A complainant dissatisfied with a decision may, within 10 calendar days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.13, Wis. Adm. Code).

Exhibit(S)

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-405 (Rev. 12/02)

Page 5

WISCONSIN
Administrative Code
Chapter DOC 310

## REQUEST FOR CORRECTIONS COMPLAINT EXAMINER REVIEW

**INSTRUCTIONS:**
1. Rejected complaints can only be appealed to the appropriate Reviewing Authority. That decision is final.
2. Prepare an original and one copy of this request. Please print or type.
3. Keep the copy of this request for your records and send the original, in a sealed envelope, to:

CORRECTIONS COMPLAINT EXAMINER
DEPARTMENT OF CORRECTIONS
PO BOX 7925
MADISON, WI 53707-7925

### PART I – MUST BE COMPLETED

| OFFENDER NAME | DOC NUMBER | INSTITUTION (Abbreviate) | COMPLAINT FILE NUMBER |
|---|---|---|---|
| Miller, John | 147363 | FLCI | 17580 |

STATE BRIEFLY WHY YOU ARE NOT SATISFIED WITH THE ACTION OF THE APPROPRIATE REVIEWING AUTHORITY

The action does not resolve my complaint. Please see the attached documentation and draft affidavit for a planned civil filing. The Reviewer's Decision does not not address the fact that documentation was never created for this incident. In my opinion, there is no documentation because what happened is illegal and staff is covering up a misdeed. I objected to, and withheld consent, to have my ring removed - but staff did so anyway — then, failed to document doing so. False or omitted charting in a medical chart is, in it of itself, a felony. The HSU has provided "all of the documentation they have" even after a note from HSU on 8/3/12 indicates that they were "waiting on the doctor to sign off" on it. Further, the Decision does not address the unheralded personal injury occurring from staff's actions taken without my

*( CONTINUE ON REVERSE SIDE)*

consent. Sergit Imersy) each interest months prior to filing a civil suit (or notice of claim) I am filing this appeal. I plan to seek both civil and criminal charges against all those involved. As you can see, I have plenty of documentation, witnesses and statements. I am seeking one of two scenarios.

Page 6

---

## PART 2 — IDENTIFY AND LIST ALL FORMS OF PROOF YOU HAVE OR ARE AWARE OF THAT SUPPORTS YOUR COMPLAINT.

| NAME OF PERSON WHO CAN VERIFY YOUR STATEMENT | WHERE CAN THIS PERSON BE REACHED |
|---|---|

WHAT WOULD THIS PERSON VERIFY

See Attached Forms and Affidavit

| NAME OF PERSON WHO CAN VERIFY YOUR STATEMENT | WHERE CAN THIS PERSON BE REACHED |
|---|---|

WHAT WOULD THIS PERSON VERIFY

---

OTHER (Receipts, property sheets, disciplinary paper work, PRC summaries, etc.)

See all attached Forms, Exhibits and Affidavit.

---

## PART 3 – MUST BE COMPLETED

| SIGNATURE OF OFFENDER | DATE SIGNED |
|---|---|
| John Miller | 9-1-2015 |

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-405A (Rev. 12/03)

Page 7

WISCONSIN
Administrative Code
Chapter DOC 310

# CCE RECEIPT
## COMPLAINT NUMBER FLCI-2012-17580
### * * * ICRS CONFIDENTIAL * * *

To:   MILLER, JOHN - #147363
       UNIT: 04-A -- 14-B
       FOX LAKE CORRECTIONAL INSTITUTION
       W10237 Lake Emily Road
       PO Box 147
       FOX LAKE, WI  53933-0147

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 09/10/2012 |
| Subject of Complaint: | 19 - Confidentiality of & Access to Protected Health Information |
| Brief Summary: | documentation from attempted ring removal |

Your request for review has been received.

The Corrections Complaint Examiner (CCE) has 35 working days to submit a recommendation to the Office of the Secretary (OOS) for Review.  The OOS has 10 working days to make a decision after receiving the CCE's report.  The OOS may extend the time for making a decision for cause and upon notice to all interested parties.

If you do not receive a decision or other notices within that time, you may write directly to:

                      Secretary of the Department of Corrections
                      Post Office Box 7925
                      Madison, WI 53707-7925

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-404 (Rev. 12/03)

. Page 8

WISCONSIN
Administrative Code
Chapter DOC 310

## CCE REPORT
## COMPLAINT NUMBER FLCI-2012-17580
## * * * ICRS CONFIDENTIAL * * *

**To:** MILLER, JOHN - #147363
UNIT: 04-A – 14-B
FOX LAKE CORRECTIONAL INSTITUTION
W10237 Lake Emily Road
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information:**

| | |
|---|---|
| Subject of Complaint: | 19 - Confidentiality of & Access to Protected Health Information |
| Brief Summary: | documentation from attempted ring removal |
| Method of Disposition: | Review on Record? Yes          Investigation? No |
| CCE's Recommendation: | Dismissed |

The institution's decision reasonably and appropriately addressed the issue raised by this inmate. On appeal, the inmate presented no information to warrant a recommendation overturning that decision.

Thus, it is recommended this appeal be dismissed.

Recommendation Date:    09/11/2012

Charles Facktor

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-408 (Rev. 12/03)

Page 9

WISCONSIN
Administrative Code
Chapter DOC 310

# OOS REPORT
# COMPLAINT NUMBER FLCI-2012-17580
# * * * ICRS CONFIDENTIAL * * *

**To:** MILLER, JOHN - #147363
UNIT: 04-A – 14-B
FOX LAKE CORRECTIONAL INSTITUTION
W10237 Lake Emily Road
PO Box 147
FOX LAKE, WI 53933-0147

**Complaint Information:**

| | |
|---|---|
| Subject of Complaint: | 19 - Confidentiality of & Access to Protected Health Information |
| Brief Summary: | documentation from attempted ring removal |
| OOS Decision: | Dismissed |
| Decision Comments: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 09/11/2012 in the above case: |
| | The attached Corrections Complaint Examiner's recommendation to DISMISS this complaint is accepted as the decision of the Secretary. |
| Decision Date: | 09/12/2012 |

*Charles E. Cole*

Charles Cole

STATE OF WISCONSIN CIRCUIT Court   Dane County

| | |
|---|---|
| John J. Miller | Case No. _____ |
| Plaintiff, | Classification Code 30103, |
| V. | 30104, 30106, 30107, 30701, |
| Dr. Charles Larson | Health Service unit of Fox |
| Susan McMurray, Nurse | Lake Correctional, Institution, |
| Angela Kast, Nurse | Security Department of FoxLake |
| Wendy Polensky, Nurse | Correctional Institution, |
| Jodi Mulder, Nurse | Department of Correctional, |
| Assistant/Acting Security Director | All Defendants |
| Captain Mel Pulver | |

Exhibit Packet 2, pp 1-2

RECEIVED

JUL   1 2015

DANE COUNTY CIRCUIT COURT

Wisconsin Department of Justice
DJ-LS-25 (Rev. 2/11)

Page 1

STATE OF WISCONSIN
NOTICE OF INJURY AND CLAIM
Pursuant to Wis. Stat. Section 893.82

This notice must be served upon the Attorney General by certified mail within 120 days of the event giving rise to the claim for such injury, damage or death at 114 East, State Capitol, Madison, Wisconsin 53707-7857.

Claimant's Name: Miller, John

Address: Po Box 200    Fox Lake WI    53933

Phone: N/A

Time and Date of Occurrence: 8/3/12 to 9/12/12

Location: Fox Lake Correctional Institution

Statement of Circumstances Giving Rise to the Claim for Such Injury, Damage or Death and Names of Persons Involved, Including Name(s) of State Officer(s), Agent(s) or Employee(s).

DOC Staff caused personal injury and emotional distress by forcibly attempting to remove my wedding ring against my wishes and without my consent.

See enclosed for names, titles, sequence of events.

Further, DOC Staff failed to properly document the attempted ring removal.

Institution Complaint Procedures have been completed.
(Complaint # FLCI-2012-17580)

(If additional space is needed, continue on backside of this notice form.)

I certify that the above-described injury, damage or death actually occurred, that I have read the above foregoing notice of injury and claim, and that the same is true to my own knowledge except as to those matters stated upon information and belief and as to those matters, I believe the same to be true.

Date: 9-18-12

Signature of Claimant: John J Miller

Subscribed and sworn to before me this 18 day of September, 20 12.

Notary Public, State of Wisconsin

My Commission: 10/18/14

Page 2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

John Miller — 147363

| | |
|---|---|
| Postage | $ 1.90 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.20 |

Postmark Here

Sent To: Attorny General
Street, Apt. No.; or PO Box No. 114 East State Capitol
City, State, ZIP+4 Madison Wi, 53707-7857

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0007 8159 1428

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
114 East State Capitol
Madison Wi 53707-7857

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Steven R. Bernardo    ☐ Agent
                        ☐ Addressee
B. Received by (Printed Name)  STEVEN O BERNARDS   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

SEP 28 2013

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0007 8159 1428

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

State of Wisconsin      Circuit Court          Dane County

John J. Miller
_____
          Plaintiff,                    Case NO. _____
   V.                        Classifacation Code 30103
                             30104, 30106, 30107, 30701,
Dr. Charles, larson          Health service unit of
Susan, McMurray, Nurse       FoX lake Correctional Inst,
Angela, Kast,   Nurse        Security Department of
Wendy, Polensky, Nurse       FoxlakeCorrectional
Jodi Mulder, Nurse           Institution,
Assistant/acting Sucurit director, Department of Correction
Captain Mel Pulver   All Defendants
_____

    Exhibit Packet 3, pp1-7
_____

**RECEIVED**

JUL  1 2015

DANE COUNTY CIRCUIT COURT

1. I am John Miller, the plaintiff in this matter.
2. I am an inmate at Fox Lake Correctional Institution in Fox Lake, Wisconsin.
3. On August 8th, 1986, I was married in the State of Wisconsin to Susan Marie Miller (neé SIGLER,) whose date of birth is December 25th, 1963.
4. At the time of the wedding, my wife provided me with a wedding ring. This ring consisted of a single band of either stainless steel or sterling silver, with no adornments of note.
5. I have worn the ring described above since the date of my marriage.
6. On August 2, 2012 at approximately 12:25pm, I was directed by Sgt. Donna ANGST to report to Fox Lake's Administration Building and report to Capt. Mel PULVER.
7. I reported to the administration building, as directed and met PULVER.
8. PULVER interviewed me and asked if I was married.  I indicated that I was and provided PULVER with my wife's name, date of birth and social security number.  PULVER advised me that another woman stated that my wedding ring belongs to her.  I advised PULVER of the history of the ring, including the time it was acquired and the length of time that I had been wearing it.
9. PULVER stated that the ring needed to be removed and that I must send it to the woman claiming it is hers or there would be theft charges filed.
10.     PULVER indicated that I was ordered to report to Fox Lake's Health Services Unit (HSU) to have the ring forcibly removed from my finger, since the ring is not able to be removed without medical intervention.
11.     I again advised PULVER that the ring does not belong to anybody but me.  PULVER indicated that I had no choice in the matter and that I was ordered to report to the HSU to have the ring removed.
12.     PULVER further stated that prior to calling me to his office, that he had made arrangements with the HSU and that they were expecting me.
13.     All inmates are prohibited from refusing orders from security staff, as directed in Wisconsin Administrative Code, DOC § 303.24.
14.     I reported to the HSU as directed at approximately 12:40 pm.  I waited until approximately 2:10 pm before being seen by any HSU staff member.
15.     Upon finally entering the HSU as directed by PULVER, four HSU staff members entered the exam room.  These staff members were Charles LARSON, Wendy POLENSKA, Susan MCMURRAY, Angela KAST and Jodi MULDER.
16.     When the HSU staff entered the room, each of them attempted to remove my wedding ring.  A variety of methods were used including, but not limited to, twisting, turning, pulling, rubbing, lubricating, prying and tugging.

1

17.     While the HSU staff was attempting to remove the ring, I verbally expressed the pain that I was feeling in my finger due to the extreme efforts of these individuals in attempting to remove the ring.

18.     I informed MCMURRAY that I didn't want to keep trying because the pain was too much. MCMURRAY indicated that since PULVER ordered the removal of the ring, staff needed to continue to try to remove the ring.

19.     After approximately ten minutes of staff attempting to remove the ring, a decision was made that the ring was not able to come off. I was directed to return to my unit.

20.     Later that same day (August 2, 2012,) at approximately 7:20 pm, I was directed by Sgt. Brian SCHMIDT to again report to the administration building to meet with Capt. Joseph MARWITZ.

21.     Upon meeting with MARWITZ, I was informed that he (MARWITZ) would be taking photographs of the ring on my finger to turn over to law enforcement.

22.     I explained to MARWITZ that the ring is mine from my marriage and MARWITZ explained that he didn't clearly understand what was going on but needed to take photographs of the ring on my finger.

23.     MARWITZ proceeded to take photographs of the ring on my finger.

24.     MARWITZ later explained that I would be transported to a local hospital emergency room to have the ring surgically removed if I was unable to get it off my finger. I advised MARWITZ that I was not granting permission for anyone to remove the ring, surgically or otherwise, without a court order.

25.     MARWITZ informed me that all charges and costs would be my responsibility and that whatever ended up happening would be at my expense.

26.     MARWITZ further explained that the Monroe County Sheriff's Department would be sending a law enforcement officer to Fox Lake to speak with me in relation to the ring.

27.     I informed MARWITZ that I would not be willing to speak with any law enforcement unless an attorney was present in order to protect my rights.

28.     MARWITZ informed me that despite my request for an attorney, officers would still be coming to Fox Lake to speak with me.

29.     I returned to my housing unit at approximately 8:07 pm.

30.     Upon returning from the administration building, I had a casual conversation with SCHMIDT.

31.     SCHMIDT indicated that all DOC staff members receive training on what is called unheralded personal injury and that the staff involved in this situation should have known better than to have done what they did.

32.     SCHMIDT went on to indicate that he hopes that I litigate aggressively towards the institution and even went so far as to provide the name and contact information for the attorney that he uses for his privately owned business. This conversation took place directly in the visual and audible range of the institution security camera that points down the hall of housing unit 4A.

33.     Anticipating a serious legal situation requiring evidence and records, I completed and submitted a DOC-3035 (Health Service Request) form requesting copies of all records and notes from the interaction experienced in the HSU on August 2nd, 2012. **Exhibit A**

34.     On August 4th, 2012, at approximately 12:30 pm, I noticed what appeared to be a boil and extreme swelling of my ring finger. In addition, the joints in this finger and the rest of my hand were in extreme pain. I showed the swelling and boil to inmates Thomas LYON

and Jesse RODRIGUEZ. I completed and submitted a second DOC-3035 requesting treatment for the newly developed medical concern on my finger. **Exhibit B**

35.     Shortly thereafter, at approximately 12:40 pm, I spoke with ANGST and inquired as to whether some additional photographs may be taken in order to preserve evidence after the earlier incident. ANGST wanted to see the injury so I showed it to her. ANGST indicated that it looked like it hurt. ANGST contacted PULVER via telephone to request whether photographs could be taken. ANGST indicated that no staff member would be taking photographs since preserving evidence would be my own responsibility.

36.     Upon hearing this news, I became emotionally distraught and angry regarding the incident.

37.     In response to my emotions, I completed and submitted a DOC-3035B (Psychological Service Request) requesting to speak with a counselor about the issues. **Exhibit C**

38.     On August 6, 2012, at approximately 9:45 am, I was scheduled to report to the HSU in reference to the DOC-3035 that was submitted on August 2, 2012.

39.     When I was seen in the HSU, I was seen and treated by MCMURRAY. **Exhibit D**

40.     I inquired with MCMURRAY who gave the order to have my wedding ring removed and whether or not that person has the authorization to do such a thing.

41.     MCMURRAY informed me that the order came from PULVER and was issued prior to me even reporting to the administration building for the first time on August 2, 2012.

42.     MCMURRAY went on to say that the HSU staff had no business even trying to remove the ring. MCMURRAY informed me that it would be a good idea if I chose to litigate against the state and voluntarily provided me with all the names of those involved with my medical treatment on August 2, 2012, including first and last names.

43.     MCMURRAY indicated that all staff is required to follow direct orders from supervisors and that PULVER is considered a supervisor, even though the HSU department is separate from security.

44.     MCMURRAY indicated that the finger appeared to be infected and needed drainage.

45.     MCMURRAY performed a medical procedure to drain the finger in the effected area. MCMURRAY noted that the tissue on the finger seemed to indicate a large infection.

46.     My ring finger has never had medical problems prior to this sequence of events, despite wearing my wedding ring for over 30 years.

47.     MCMURRAY advised me that I would need to be seen in the HSU the next day (August 7, 2012) for a follow-up appointment.

48.     On August 7th, 2012 at approximately 8:30 am, I left my work assignment post as painter to report for an appointment at HSU.

49.     I was seen in the HSU by MCMURRAY. **Exhibit E**

50.     MCMURRAY indicated that my finger continues to look infected.

51.     While in the HSU exam room, another HSU staff member KAST came into the room to assist MCMURRAY.

52.     KAST indicated to me that she was under the assumption that I was the one that requested the ring be removed.

53.     I advised her that it was being done against my wishes and that I was not the one who requested to have my ring removed.

54.     MCMURRAY interjected and told KAST that I was right and that the DOC had no business even attempting to remove the ring. MCMURRAY continued to tell KAST more details about the incident when staff

attempted to remove the ring.  KAST reminded MCMURRAY that she was present when it was taking place, after which time KAST left the exam room.

55.     MCMURRAY stated to me that KAST's recollection of the incident was not the way that it went.  She reminded me that I was not the one who asked for the ring to be taken off, that PULVER was.

56.     MCMURRAY palpated the injury on my finger and attempted to drain any infectious mucus.  After being unable to drain the injury, she bandaged it up and advised that I would need to return to the HSU on Thursday, August 9, 2012 for a follow up appointment.

57.     I asked MCMURRAY about the records that I had previously requested as related to the incident on August 2, 2012.  MCMURRAY reviewed my medical chart and advised that there was absolutely no record whatsoever from the encounter on August 2, 2012.

58.     I asked MCMURRAY if she would be willing to provide a statement in relation to this incident, to which she responded to the affirmative.

59.     MCMURRAY stated that she would discuss writing a statement and the records in question at my scheduled HSU appointment on Thursday, August 9, 2012.

60.     I left the HSU and returned to my work assignment at approximately 8:45 am.

61.     Later that same day, after still not receiving any documentation from my HSU visit on August 2, 2012, I submitted another DOC-3035 asking for information as to when I would be receiving my requested documentation.

62.     On August 8, 2012, at approximately 8:00 am, the first shift relief Sergeant on duty for housing unit 4 (name unknown at this time) ordered me to report to the Administration Building for an unspecified reason.

63.     I reported to the pass officer at the Administration Building and was directed to present myself at room 351 in the same building.

64.     I met with staff psychologist Linda NAUTH in response to my previously submitted DOC-3035B, submitted on August 2, 2012.

65.     NAUTH asked me what the problem was as it related to my complaint on the DOC-3035B.

66.     I explained, in detail, the incidents that happened with HSU and security staff on August 2, 2012.

67.     Based on NAUTH's responses, it is my belief and understanding that she was well aware of the situation prior to seeing me in her office.

68.     NAUTH proceeded to inform me throughout the conversation that she felt I should simply allow my wedding ring to be cut off, despite my emotional attachment to the ring.

69.     I asked NAUTH if she was married to which she replied in the affirmative.  I asked NAUTH if she would be willing to let someone cut her ring off her finger and destroy it against her will and against her wishes.  She explained that she felt no emotional attachment to her ring and would, in this situation, comply with that request if necessary.

70.     NAUTH asked me why I had such an extreme emotional attachment to my wedding ring.  I explained to her that this was the only remaining connection to my wife that I have and that the symbolic ring means more to me than any other possession that I have.

71.     NAUTH told me repeatedly to let the ring be cut off my finger.

72.     I felt as though NAUTH was attempting to obtain permission from me to allow the forcible removal of my ring.

4

73.    I insisted that I was not going to allow anyone to attempt to remove the ring ever again without a court order.

74.    NAUTH asked me what I wanted from our interaction in her office.

75.    I informed NAUTH that I wanted to talk about the emotional impact these incidents have brought on, including depression, anxiety, trauma and other mental states that I have felt since this incident began.

76.    NAUTH stated that she could see that there was emotional distress because of the situation and empathized with those feelings, however, offered no coping strategies, other treatment plan or therapy.

77.    At this point, it was clear that NAUTH was not going to assist in the psychological aspect of the situation, so I decided to terminate the meeting.

78.    I advised NAUTH that I wanted a complete and accurate report of our meeting.

79.    NAUTH indicated that she would complete the report and send it to me via institution mail by the end of the day today, August 8, 2012.

80.    I left the office and Administration Building at approximately 8:45 am and returned to my work assignment in the institution maintenance shop.

81.    Later that day, I received a copy of DOC-3473, Psychological Services Clinical Contact, as requested from NAUTH in this day's visit. **Exhibit F**

82.    Because I was unsatisfied with my service from NAUTH, I submitted another DOC-3035B, requesting a different provider and to be seen by a member of the psychology staff again.

83.    Later that evening, August 8, 2012, at approximately 6:05 pm, one of the nurses who was present at the August 2, 2012 attempted ring removal incident (KAST) arrived on my housing unit (4) to deliver medications.

84.    I approached KAST with the intent of asking her if she knew anything about the documentation I had requested from HSU.

85.    I asked KAST if she remembered me from the other day's attempted ring removal incident.

86.    KAST indicated that she wasn't actually in the exam room assisting, that she was simply handing out medications.

87.    KAST's recollection of the events is incorrect.

88.    I attempted to prompt KAST's proper memory of the incident by asking more questions.

89.    KAST denied ever being in the exam room and ever telling me that I should have a physician look at the injured ring.

90.    It is my belief that KAST was attempting to distance herself from the situation because HSU staff is aware that I am preparing to litigate in relation to this situation.

91.    KAST left the housing unit at approximately 6:07 pm.

92.    On August 9, 2012 I went to my work assignment at maintenance at 8:00 am.  Shortly thereafter, I left my work assignment and went to the HSU for my scheduled appointment at 8:15 am. **Exhibit G**

93.    Upon arrival, I was seen by MCMURRAY.  She looked at the injury to my finger, indicated that it was looking better.  I told her that I was having pain in the joints in my finger as well as shooting pains in the rest of my hand.

94.    MCMURRAY stated that she was not surprised by the pain in my hand due to the amount of tugging and pulling that MULDER did on August 2nd, 2012.

95.    I inquired as to what exact substances (creams, etc) were used in the attempt.

5

96.    MCMURRAY indicated that they used soap, KY-style lubricant and Windex® style products in an attempt to remove the ring.

97.    I questioned the use of Windex® and MCMURRAY was unsure why it was used.

98.    I asked MCMURRAY if she would be willing to sign a written statement as to the facts of this entire situation.  MCMURRAY responded to the affirmative with the stipulation that I must first follow the institution's complaint procedure first.

99.    I asked MCMURRAY if there was any entry in my medical chart from my visit on August 2nd, where staff attempted to remove the ring.  She indicated that there was no record of that particular visit whatsoever.

100.    I asked MCMURRAY if she knew anything about who took the call from PULVER on August 2nd, directing HSU staff to attempt to remove my wedding ring.

101.    MCMURRAY indicated that POLENSKA took the call, but was on vacation at the present time and unavailable to inquire about details.

102.    MCMURRAY further indicated that most phone calls to HSU are logged and that there was no particular entry for the phone call POLENSKA took from PULVER.

103.    MCMURRAY indicated that she would follow up with me the following week to check on the status of my injury and my claim.

104.    I mentioned to MCMURRAY that it is my opinion that staff members are taking steps to try to cover up the situation as to protect their jobs.

105.    MCMURRAY responded that she agreed and she would assist in any way necessary.

106.    I left the HSU and returned to my work assignment at approximately 8:25 am.

107.    Later that day, August 9, 2012, at approximately 11:10 am, I received institution mail from the HSU.  This mail contained a photocopy of the Progress Notes section from my medical chart. **Exhibit D**

108.    This document contained all of the notes entered by HSU staff from July 23, 2012 to August 6, 2012.

109.    There is no entry related to the ring removal incident that occurred on August 2nd, 2012.

110.    The only entry listed for August 2nd, 2012, was an entry for my weekly blood pressure check that was taken earlier in the day.

111.    There is no record whatsoever of my presence in the HSU to have my ring removed on August 2nd, 2012.

112.    The notes for August 6th, 2012 by MCMURRAY clearly refer to the August 2nd incident.  The notes state "(Patient) was sent to HSU to have wedding ring removed."

113.    At approximately 3:15 pm that same day (August 9th, 2012,) I submitted a DOC-3035 requesting ALL documents in my chart with activity from August 2nd, 2012 to present.  I specifically requested copies of any Progress Notes, Nursing Encounter Protocol sheets and any other documents related to my care. **Exhibit H**

114.    Later that day, I received a response to my DOC-3035B submitted on August 8th, 2012.  The response from NAUTH indicated that she spoke to her supervisor and is unsure what I wanted her to do and that she wanted another, more detailed request submitted before she would see me. **Exhibit J**

115.    On August 10th, 2012 at 10:15 AM, I was seen in the HSU by staff psychiatrist NAME UNKNOWN.

116.    I brought up the incident from August 2nd, 2012 and explained to NAME UNKNOWN that I thought that the psychologist that saw me (NAUTH) was not handling the issues that I requested he have handled.

117.    NAME UNKNOWN agreed that NAUTH does not usually help people with their needs, instead simply placating them in an attempt to pacify them.

118.    I told NAME UNKNOWN about the fact that I intend to file a legal claim in relation to the events of August 2nd.  NAME UNKNOWN agreed that it seemed like the best course of action.

119.    NAME UNKNOWN indicated that it seemed odd to him that my ex girlfriend would want my wedding ring only after first seeing me in Court a few weeks prior.

120.    We discussed the sanctity of marriage and how important the ring was to me.

121.    NAME UNKNOWN agreed.  He indicated that a ring is a symbol of marriage, reminds those of vows and he empathized with my situation.

122.    Other non-related psychiatric issues were discussed before I left the HSU at approximately 10:40 am.

123.    Later that same day I submitted an Interview Request Slip to Holly MEIER, the HSU Manager, requesting information as to why there is no documentation from my visit to the HSU on August 2nd, 2012.

124.    After not receiving a response from MEIER, on August 12th, 2012, I submitted an Inmate Complaint Form, DOC-400 detailing the situation contained herin.

125.    On August 13th, 2012 I received additional requested documentation from HSU.

126.    The documentation contained all progress notes from 07/23/2012 to 08/09/2012 and prescriber's orders from 07/20/2012 to 08/10/2012.  None of the documentation contains information about the ring removal incident on 08/02/2012. **Exhibits K, L, M**

127.    Later that same day, on August 13th, 2012, I submitted a SECOND Interview Request Slip to Holly MEIER, the HSU Manager, requesting information as to why there is no documentation from my visit to the HSU on August 2nd, 2012, since I did not receive a response.

128.    I also submitted an Interview Request Slip to PULVER asking the status of the situation as it pertains to the security department.

129.    On August 17th, 2012, at approximately 8:15 am, I was called to the HSU to be seen for a follow up appointment for my finger.  I was seen by MCMURRAY.

130.    MCMURRAY stated that now nobody is owning up to taking the call when PULVER called HSU to order my ring removal.

131.    MCMURRAY indicated that she spoke to MEIER and claims that MEIER indicated that HSU had no business trying to remove my wedding ring and that a court order was necessary.  MCMURRAY indicated that MEIER expected that someone would be in trouble.

132.    I asked MCMURRAY about the documents that I have continuously requested.  She said she still sees nothing in my medical chart regarding the ring removal incident.

133.    On August 22, 2012, I received a DOC-410, ICE Receipt, for my complaint. **Exhibit Q**

134.    On/around August 31, 2012, I received both a DOC-401 (ICE Report) **Exhibit R** and DOC-403 (Reviewer's Decision) **Exhibit S** regarding the complaint.

135.    My complaint was not resolved.

EPARTMENT OF CORRECTIONS
ivision of Adult Institutions
)OC-3035 (Rev. 12/2009)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

Ch. DOC 316

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Miller | Jon | 307363 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Enroe | 4-A- Rm 414-4 | 8-2-12 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE (Indicates request for disbursement of your funds to pay the $7.50 copayment at the time of the requested visit when a copayment is required.)

▶

**RECEIVED**

TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL     JUL 1 2015

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE | DANE COUNTY CIRCUIT COURT |
|---|---|---|

### HEALTH SERVICE REQUEST SECTION

INSTRUCTIONS TO PATIENT: Be sure to include today's date on top of form. Check the appropriate box and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☒ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

Please send 1 copy of any document or
notes related to my visit on 8/2/2012.

Thank you.

DATE RECEIVED:
TO BE STAMPED BY HSU

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

## PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY

**RESPONSE** Check appropriate box below.

☐ Scheduled to be seen in HSU: ☐ MD/DO  ☐ NP/PA  ☐ RN/LPN        ☐ Refer to Special Needs Nurse/Committee
☐ Treated Today   ☐ Refer to Psychiatrist     ☐ Refer to PSU          ☐ Place on Optometric Waiting List
☐ Refer to MPAA for record review appointment or for copies only. (Must be within 30 days of request.)
☐ Non-Medical Problem   ☐ Other:

WRITTEN RESPONSE

WAITING FOR THE MD TO SIGN OFF.
WILL SEND COPIES AFTER HE REVIEWS
THE NOTES.
THANKS

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| R. OSENESICS | 8/3/12 |

COPY - PATIENT AFTER RESPONSE BY HSU            Exhibit A

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME Miller | PRINT FIRST NAME John | DOC NUMBER 1-7363 |
|---|---|---|
| FACILITY NAME Fox Lake | HOUSING UNIT #1-A  4A | TODAY'S DATE 8-3-12 |

## COPAYMENT DISBURSEMENT REQUEST SECTION

AGREEMENT BY PATIENT:

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE (Indicates request for disbursement of your funds to pay the $7.50 copayment at the time of the requested visit when a copayment is required.)

▶

---

TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

---

## HEALTH SERVICE REQUEST SECTION

INSTRUCTIONS TO PATIENT: Be sure to include today's date on top of form. Check the appropriate box and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST     ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| My left ring Finger hurts like I can't | DATE RECEIVED: TO BE STAMPED BY HSU |
|---|---|
| Due To I insert the Tubing Wire and the Nurses tried to get it off | |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

## PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

RESPONSE Check appropriate box below.

☒ Scheduled to be seen in HSU: ☐ MD/DO ☐ NP/PA ☒ RN/LPN     ☐ Refer to Special Needs Nurse/Committee
☐ Treated Today     ☐ Refer to Psychiatrist     ☐ Refer to PSU     ☐ Place on Optometric Waiting List
☐ Refer to MPAA for record review appointment or for copies only. (Must be within 30 days of request.)
☐ Non-Medical Problem     ☐ Other:

WRITTEN RESPONSE

| PRINT STAFF NAME Gwendolyn A. Vick, RN | DATE OF HSU RESPONSE 8/4/12 |
|---|---|

COPY - PATIENT AFTER RESPONSE BY HSU          Exhibit B

3

DEPARTMENT OF CORRECTION
Division of Adult Institutions
DOC-3035B (Rev. 9/2008)

# PSYCHOLOGICAL SERVICE REQUEST

WISCONSIN

- THIS FORM IS INTENDED FOR THE PSYCHOLOGICAL SERVICES UNIT (PSU).
- IF YOUR REQUEST IS RELATED TO PSYCHIATRIC MEDICATION OR THE PSYCHIATRIST, USE THE BLUE DOC-3035 HEALTH SERVICE REQUEST.
- PLACE COMPLETED FORM IN THE DESIGNATED COLLECTION LOCATION.  DO NOT SEPARATE THE FORM OR KEEP ONE OF THE COPIES.
- PRINT CLEARLY

| LAST NAME Miller | FIRST NAME John | DOC NUMBER 147363 |
|---|---|---|

| FACILITY FCI | HOUSING UNIT 4A | CELL NUMBER 414A | TODAY'S DATE 8/3/12 |
|---|---|---|---|

REQUEST FOR:

☒ PSYCHOLOGICAL SERVICES          ☐ INFORMATION
☐ REVIEW MY PSYCHOLOGY RECORD     ☐ OTHER:_____

### FOLD THIS REQUEST OVER TO THE LINE BELOW SO THAT INFORMATION REMAINS CONFIDENTIAL

DO NOT USE THIS FORM IF YOUR MENTAL HEALTH NEED IS AN EMERGENCY, SPEAK TO STAFF DIRECTLY.

IN THE LINED AREA BELOW, WRITE DOWN WHAT YOUR REQUEST IS ABOUT. BE AS SPECIFIC AS YOU CAN.

I am having a hard time dealing with a recent
incident that happened here.

☒ I WOULD LIKE TO SEE PSYCHOLOGY STAFF          ☐ I DO NOT NEED TO SEE PSYCHOLOGY STAFF

## DO NOT WRITE BELOW THIS LINE – TO BE FILLED IN BY STAFF ONLY

| TRIAGED BY | DATE RECEIVED | ACTION | STAFF INITIALS |
|---|---|---|---|
| ☐ PSU | | ☐ Direct Response   ☐ Delegate to _____ | |
| ☒ HSU | | ☒ Refer to PSU (routine)   ☐ Other (specify in notes below) | (CAT e) |

NOTES (IF NEEDED)

RESPONSE

☐ A psychology appointment is scheduled for the following time frame: _____

☐ Your request has been referred to the Psychiatrist within the Health Service Unit

☐ Your request has been referred to the Health Services Unit for medical issues

☐ A record review appointment will be scheduled

☐ Other: _____

| STAFF SIGNATURE | DATE SIGNED | PRINT STAFF NAME |
|---|---|---|

PATIENT          Exhibit C

4

| PATIENT NAM | | MILLER, John | | MI | DOC NUMBER |
| --- | --- | --- | --- | --- | --- |
| | | DOC# 147363 | 10/26/1962 | | |

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
| --- | --- | --- |
| 7-23-12 | 0820 | WT 178  B.P. $\frac{132}{84}$  P. 111.  R. 18  O₂ 93%  M. Mummond RN |
| 8-2-12 | 0845 | WT 180  B.P. $\frac{130}{85}$  P 86  R 18  O₂ 93% |
| 8-6-12 | 1000 | HSR " my left ring finger hurts when I  M. Mummond RN  move it due to the incident when all the  nurses tried to get it off " on 8-3-12, pt was  sent to HSU to have wedding ring removed. attempts  to remove c̄ dish soap but ring is smaller  than knuckle. unable to remove. today he has  small pustule on top of knuckle distal to ring.  prepped c̄ betadine, sterile needle to pustule. minimal  swelling of knuckle. O/A as above 135/95- 85-16 94%.  WT 172 lbs. P: issued band-aids & DAO.  RN Flu 8-7-12 Mt Nummy RN |
| 8-6-12 | 1101 | 179 BMI 28 BP $\frac{132}{89}$ T 97 P 83 R 22 SaO₂ 94%. ——J Mulder  Seen flu. back pain) — Pain is worsening  in Ⓛ hip & SI joint. Pt. had pain  radiating down into groin area from  the hip pain  Pt. is unable to sit for any period of  times due to pain.  Pt. is demanding tx of this or better  pain management.  (Pt. has tried:  - P.T. — Tens did give some relief  - NSAIDS, Doxepin, Gabapentin & Steroid  injections c̄ Ø relief  O: Pain c̄ any flexion, extension  & ROM of hip (Ⓛ hip mainly)  A: Moderate DJD S.I. joints & bil. hips  P: (Ⓛ Prior Auth for further eval - ortho  referral on chronic pain meds |

Exhibit D

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3021 (Rev. 8/2007)

WISCONSIN

## PROGRESS NOTES

PA   **MILLER, John**
        **DOC# 147363**        10/26/1962

DOC NUMBER

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|------|------|-------------------------------------------------------|
| 8-7-12 | AM | F/u ring finger – tiny pustule remains – washed & dressed c̄ bandaid. P: F/u 8-9-12. report ↑ S/S. ——— SM/Murph |
| 8-9-12 | AM | RN F/u finger – pustule now resolved. he says still hurts "the bones" no obvious abnormality. P: F/u 1wk. ——— SM/Murph |

DISTRIBUTION:  Original – Medical Chart, Progress Notes Section

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3473 (Rev. 7/2011)

WISCONSIN   6

## PSYCHOLOGICAL SERVICES CLINICAL CONTACT

| OFFENDER NAME | SOURCES OF INFORMATION |
|---|---|
| MILLER, John | ☑ Clinical Interview   ☑ PSU Record<br>☐ Social Services Fil   ☐ Medical Chart |

| DOC NUMBER | FACILITY | DATE OF SERVICE | ☐ Psychological Testing |
|---|---|---|---|
| 147363 | FLCI | 8/8/2012 | ☐ Other |

| CURRENT MH CLASS | CURRENT SPECIAL CLASS |
|---|---|
| ☐ MH-0 No MH need   ☑ MH-1 MH need, not SMI   ☐ MH-2a Axis I SMI   ☐ MH-2b Axis II SMI | ☐ DD |

| REASON FOR CONTACT | ☐ Inmate Request<br>☐ Staff Request/Referral | ☐ Obs Placement/Review<br>☐ Restraint Placement/Rvw | ☐ Therapy<br>☐ Evaluation/Testing | ☐ Clinical Monitoring |
|---|---|---|---|---|

Mr. Miller wrote "I am having a hard time dealing with a recent incident that happened here."

RELEVANT HISTORY/PATIENT'S REPORT

Refer to clinical file for relevant history.

Mr. Miller says that he has been married since 1986 and has worn a wedding ring since that time. Although he is separated, he is still "the best of friends" with his wife and they have vowed never to divorce. Recently, Captain Pulver called him up and informed him that an ex-girlfriend was claiming that Mr. Miller had stolen the ring from her. According to Mr. Miller, Captain Pulver ordered him to take off his ring and when he was not able to, then ordered HSU to get it off. HSU was not able to get the ring off and Mr. Miller now has an infection due to their efforts. Mr. Miller claims that the ring is his only "tie" left to his wife and that the ring symbolizes the "sanctity of marriage."

MENTAL STATUS

Mr. Miller was adamant that "the ring will not come off" without a court order even if the police need the ring for investigation of the ex-girlfriend's claim. He seemed angry when this clinician suggested that if the police do need the ring, that we could help him adjust to this reality and understand that his relationship with his wife would not necessarily be affected. This seemed unacceptable to Mr. Miller.

DIAGNOSES

| Axis I | Specifiers | Diagnosis Date | 11/21/2011 |
|---|---|---|---|
| Adjustment DO | w/ Mixed Anxiety and Depressed Mood | | |
| Alcohol Dependence | | | |
| Posttraumatic Stress DO | | | |

Axis II                                          Diagnosis Date _____
Deferred

Axis III (If Relevant)

TREATMENT PLAN/FOLLOW-UP

It is not clear as to what Mr. Miller wanted this clinician to do. I sympathize with the difficulties of the situation but always see my job as helping inmates adjust to reality, no matter how unpleasant. Mr. Miller was demanding that he receive a copy of my report and a copy will be sent to him. He will continue to be monitored or seen per self-request.

CLASSIFICATION CHANGE
☒ Yes      ☐ No

| MENTAL HEALTH CLASSIFICATION  (SMI = seriously mentally ill) | SPECIAL CLASS |
|---|---|
| ☐ MH-0 No MH need   ☑ MH-1 MH need, not SM   ☐ MH-2a Axis I SMI   ☐ MH-2b  Axis II SMI | ☐ DD |

| PSU STAFF SIGNATURE | PRINT PSU STAFF NAME | DATE SIGNED |
|---|---|---|
| *[signature]* | Linda G. Nauth, M.S.<br>Psychologist-Licensed | 8/8/2012 |

| SUPERVISOR'S SIGNATURE (If Needed) | PRINT SUPERVISOR'S NAME | |
|---|---|---|

DISTRIBUTION:   Original - PSU Record, Referrals/Screening/Contact Section; Copy – Medical Chart, Psychological Records (Copies) Envelope;
Copy - Social Service File - Confidential Section

*Copy to inmate 8-8-12*



Exhibit F

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 12/2009)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Adm. Code
Ch. DOC 316

**⇒ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE (Indicates request for disbursement of your funds to pay the $7.50 copayment at the time of the requested visit when a copayment is required.)

▶

| TO BE COMPLETED BY HSU ONLY |
|---|
| ☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL |
| Charge Copayment: ☐ Yes  ☐ No |
| AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE |

**HEALTH SERVICE REQUEST SECTION**

INSTRUCTIONS TO PATIENT: Be sure to include today's date on top of form. Check the appropriate box and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☒ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST       ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Please send copies of all records (Progress notes, nursing admin sheets, etc.) for all visits from 8-3-12 to present.

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**

RESPONSE Check appropriate box below.

☐ Scheduled to be seen in HSU: ☐ MD/DO  ☐ NP/PA  ☐ RN/LPN        ☐ Refer to Special Needs Nurse/Committee
☐ Treated Today    ☐ Refer to Psychiatrist        ☐ Refer to PSU        ☐ Place on Optometric Waiting List
☒ Refer to MPAA for record review appointment or for copies only. (Must be within 30 days of request.)
☐ Non-Medical Problem    ☐ Other:
WRITTEN RESPONSE

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| *Lisa dal Pra* | 8-10-12 |

COPY - PATIENT AFTER RESPONSE BY HSU     Exhibit (H)

DEPARTMENT OF CORRECTION
Division of Adult Institutions
DOC-3035B (Rev. 9/2008)

# PSYCHOLOGICAL SERVICE REQUEST

WISCONSIN

- THIS FORM IS INTENDED FOR THE PSYCHOLOGICAL SERVICES UNIT (PSU).
- IF YOUR REQUEST IS RELATED TO PSYCHIATRIC MEDICATION OR THE PSYCHIATRIST, USE THE BLUE DOC-3035 HEALTH SERVICE REQUEST.
- PLACE COMPLETED FORM IN THE DESIGNATED COLLECTION LOCATION.  DO NOT SEPARATE THE FORM OR KEEP ONE OF THE COPIES.
- PRINT CLEARLY

| LAST NAME Miller | FIRST NAME John | DOC NUMBER 147363 |
|---|---|---|

| FACILITY Fox lake | HOUSING UNIT 4 | CELL NUMBER 414 | TODAY'S DATE 8-8-12 |
|---|---|---|---|

REQUEST FOR:

☐ PSYCHOLOGICAL SERVICES
☐ REVIEW MY PSYCHOLOGY RECORD

☐ INFORMATION
☐ OTHER:_____

FOLD THIS REQUEST OVER TO THE LINE BELOW SO THAT INFORMATION REMAINS CONFIDENTIAL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DO NOT USE THIS FORM IF YOUR MENTAL HEALTH NEED IS AN EMERGENCY, SPEAK TO STAFF DIRECTLY.

IN THE LINED AREA BELOW, WRITE DOWN WHAT YOUR REQUEST IS ABOUT. BE AS SPECIFIC AS YOU CAN.

I Would like to see some one different, then who I seen on ~~~~ 8/8/12

☐ I WOULD LIKE TO SEE PSYCHOLOGY STAFF        ☐ I DO NOT NEED TO SEE PSYCHOLOGY STAFF

## DO NOT WRITE BELOW THIS LINE – TO BE FILLED IN BY STAFF ONLY

| TRIAGED BY | DATE RECEIVED | ACTION | STAFF INITIALS |
|---|---|---|---|
| ☒ PSU | 8/9/12 | ☐ Direct Response   ☒ Delegate to L. North | LC |
| ☐ HSU | | ☐ Refer to PSU (routine)   ☐ Other (specify in notes below) | |

NOTES (IF NEEDED)

RESPONSE

☐ A psychology appointment is scheduled for the following time frame: _____

☐ Your request has been referred to the Psychiatrist within the Health Service Unit

☐ Your request has been referred to the Health Services Unit for medical issues

☐ A record review appointment will be scheduled

☐ Other: We do not allow changes in clinician. I spoke with my supervisor about our 8-8-12 session and neither of us were clear about what you wanted from Psychological Services. Please write again and be more specific.

| STAFF SIGNATURE Linda North | DATE SIGNED 8-9-12 | PRINT STAFF NAME Linda North |
|---|---|---|

PATIENT                    Exhibit 5

9

| PATIENT NAM | | | MI | DOC NUMBER |
|---|---|---|---|---|

MILLER, John
DOC# 147363          10/26/1962          Exhibit (K)

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 7-23-12 | 0820 | WT 178  B.P. $\frac{132}{84}$  P. 111  R. 18  $O_2$ 93%  M. Mummond LPN |
| 8-2-12 | 0845 | WT 180  B.P. $\frac{130}{85}$  P. 86  R. 18  $O_2$ 93% |
| 8-6-12 | 1000 | HSR " my left ring finger hurts when I  M. Mummond 2LPN |
| | | move it due to the incident when all the |
| | | nurses tried to get it off " on 8-3-12, pt was |
| | | sent to HSU to have wedding ring removed - attempts |
| | | to remove c̄ dish soap but ring is smaller |
| | | than knuckle. unable to remove. today he has |
| | | small pustule on top of knuckle distal to ring. |
| | | prepped c̄ betadine, sterile needle to pustule. minimal |
| | | swelling of knuckle. O/A as above 135/95 - 85-16 94% |
| | | wt 172 lbs. P: issued band-aids & DAP, Cw F/u 8-7-12 Mtnang |
| 8-6-12 | TCI 1110 | 179 BMI 28 BP $\frac{132}{89}$ T 97 P 83 R 22 $SaO_2$ 94% —Gonzalez |
| | | Seen flu  (back pain) - pain is unrelenting |
| | | in (L) hip  + SI joint. Pt. had pain |
| | | radiating down into groin area from |
| | | the hip pain |
| | | Pt is unable to sit for any period of |
| | | time due to pain. |
| | | Pt. is demanding tx. of this or better |
| | | pain management. |
| | | (Pt. has tried: |
| | | - P.T. – Tens did give some relief |
| | | - NSAIDS, Doxepin, Gabapentin & Steroid |
| | | injections c̄ Ø relief |
| | | O: Pain c̄ any flexion, extension |
| | | + ROM of hip (Ø hip mainly) |
| | | A: Moderate DJD S.I. joints & bil. hips |
| | | P: c̄ Prior Auth for further eval - ortho |
| | | referral on  chronic pain meds |
| | | @ S.I. joint back brace given.  R. Neway RN |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3023 (Rev. 10/2009)

**PRESCRIBER'S ORDERS**

WISCONSIN

| PATIENT NAME (Last, First) | DOC NUMBER | DATE OF BIRTH |
|---|---|---|
| Miller, John | 143363 | 10/26/62 |

DRUG ALLERGIES

NKDA

**DO NOT USE ABBREVIATIONS LISTED BELOW**

qd     qod     ug     MS     MSO4     A.S.     A.D.     A.U.     O.S.     O.D.     O.U.     IU     U

Never write a zero by itself after a decimal point. (X.0 mg )          Always use a zero before a decimal point. ( 0.X mg )

| DATE/TIME | | *CODE | CHECKED BY/DATE |
|---|---|---|---|
| 8/6/2012 1400 | • Meloxicam 15mg p.o. q day x 1M then reduce to 7.5mg q day t food x 3m • S.I. joint bett — may friend get pt Rush part of it PRN x 1 year — Needs slip | | |
| | recheck PRN | | |
| 8/10 1030 | 1) Increase Prazosin to 6mg or 8mg QHS prn x 6mo. 2) Psych f/u in 6 weeks. | | |

* SEE REVERSE SIDE FOR ORDERING CODE                    CHECK TO BE SURE COPY IS BEING MADE

MEDICAL CHART, PRESCRIBER'S ORDER'S SECTION          Exhibit ⓛ

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3023 (Rev. 10/2009)

WISCONSIN

## PRESCRIBER'S ORDERS

PATIENT NAME (Last, First)

Miller, John

DRUG ALLERGIES

NKDA

DOC NUMBER: 147363

DATE OF BIRTH: 10/26/62

### DO NOT USE ABBREVIATIONS LISTED BELOW

qd    qod    ug    MS    MSO4    A.S.    A.D.    A.U.    O.S.    O.D.    O.U.    IU    U

Never write a zero by itself after a decimal point. (X.0 mg )        Always use a zero before a decimal point. ( 0.X mg )

| DATE/TIME | | *CODE* | CHECKED BY/DATE |
|---|---|---|---|
| 7/20/2012 1100 | Please reschedule back pain ℞ Neurysen | | |
| 8/6/2012 1400 | Pt must obtain psychiatric clearance for NgC ℞. | | |
| | Exercise treadmill testing — NgC ℞ | | |
| | CBC, TSH, INR, ___, Ferritin — ℅, ___ | | |
| | ALT, AST, T bili | | |
| | — Repeat CBC ē diff, ALT, AST, T. Bili, Alk phos, Albumin, INR in 6 months | | |
| | — flu NgC | | |
| | — flu 2 weeks — prior Auth L hip pain ē S.I. joint pain | | |
| | — D/C Naproxen | | |
| | — Taper off of Gabapentin ē ↓ 600 mg BID then x 1 week, then 300 mg BID x 1 week, then 300 mg ē day x 1 week then D/C ē | | |
| | E.S. Tylenol 500 mg # p.o. BID x 6 (limit 4/day) NgC (limit 100m) | | |

* SEE REVERSE SIDE FOR ORDERING CODE        CHECK TO BE SURE COPY IS BEING MADE

Exhibit G

MEDICAL CHART, PRESCRIBER'S ORDER'S SECTION

12

| PATIENT NAM. | | | | M! | DOC NUMBER |
|---|---|---|---|---|---|

MILLER, John
DOC# 147363        10/26/1962

Exhibit (N)

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 7-23-12 | 0820 | WT 178  B.P. 132/04  P. 111  R. 18  O₂ 93%  M. Mummerd... |
| 8-2-12 | 0845 | WT 180  R.P. 130/85  P. 86  R. 18  O₂ 93% |
| 8-6-12 | 1000 | HSR " my left ring finger hurts when I  M. Mummerd... move it due to the incident when all the nurses tried to get it off " on 8-3-12, pt was sent to HSU to have wedding ring removed – attempts to remove c̄ dish soap but ring is smaller than knuckle. unable to remove. today he has small pustule on top of knuckle distal to ring. prepped c̄ betadine, sterile needle to pustule. minimal swelling of knuckle. O/A as above 135/95- 85-16 94%. wt 172 lbs. P: issued band-aids & DAO, Rn F/u 8-7-12 Int... |
| 8-6-12 | FLCI | 179 BMI 28 BP 132/89 T 97 P 83 R 22 SaO₂ 94%. ―Gomulder |
|  | 1110 | Seen flu back pain -) - pain is worsening in (L) hip & S-I joint. Pt. had pain radiating down into groin area from the hip pain |
|  | 180°  discussed  [X] tce | Pt. is unable to sit for any period of times due to pain. Pt. is demanding tx. of this or better pain management. |
|  | APGAR  SCORE  pb | (Pt. has tried: - P.T. – Tens did give some relief - NSAIDS, Doxepin, Gabapentin, & Steroid injections c̄ & relief |
|  | Advised  will  reboot  egos? cw | O: Pain c̄ any flexion, extension & ROM of hip (O hip mainly) A: Moderate DJD S.I. joints & bil. hips P: option with for further eval - ortho referral on & chronic pain meds O? S.I. joint back brace order. R....... |

13

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3021 (Rev. 8/2007)

**PROGRESS NOTES**

WISCONSIN

PA   **MILLER, John**
         DOC# 147363         10/26/1962

DOC NUMBER

Exhibit P

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|------|------|--------------------------------------------------------|
| 8-7-12 | AM | F/u ring finger - tiny pustule remains - washed & dressed c̄ bandaid. P: F/u 8-9-12. report ↑ S/S. ———— SM/Murph |
| 8-9-12 | AM | RN F/u finger - pustule now resolved. he says still hurts "the bones" no obvious abnormality. P: F/u 1wk. ———— SM/Murph |

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-410 (Rev. 12/03)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE RECEIPT
## COMPLAINT NUMBER FLCI-2012-17580
### * * * ICRS CONFIDENTIAL * * *

**To:** MILLER, JOHN - #147363
UNIT: 04-A -- 14-B
FOX LAKE CORRECTIONAL INSTITUTION
W10237 Lake Emily Road
PO Box 147
FOX LAKE, WI 53933-0147

### Complaint Information:

| | |
|---|---|
| Date Acknowledged: | 08/21/2012 |
| Subject of Complaint: | 19 - Confidentiality of & Access to Protected Health Information |
| Brief Summary: | documentation from attempted ring removal |

This is to acknowledge the complaint you filed and which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 20 working days of acknowledgement. A decision will be made by the appropriate reviewing authority within 10 working days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

Exhibit

15

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-401 (Rev. 12/03)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER FLCI-2012-17580
### * * * ICRS CONFIDENTIAL * * *

To: MILLER, JOHN - #147363
UNIT: 04-A -- 14-B
FOX LAKE CORRECTIONAL INSTITUTION
W10237 Lake Emily Road
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information:**

| | | |
|---|---|---|
| Date Complaint Received: | 08/21/2012 | Inmate Contacted? No |
| Subject of Complaint: | 19 - Confidentiality of & Access to Protected Health Information | |
| Document(s) Relied Upon: | BHS 500:08 | |
| Brief Summary: | documentation from attempted ring removal | |

Summary of Facts:   Inmate Miller complains he has not received documentation about an attempted ring removal. Claims he requested this on 8-2-12.

Per BHS policy 500:08; Request by Patient to Inspect and Obtain Copies of Personal Health Information; the inmate must request the information using DOC-1163A and include a disbursement request DOC-0184. HSU staff then has thirty days to process an inmate's request for copies.

Based on the above, the inmates complaint is premature. Recommendation is for dismissal of the complaint.

ICE Recommendation:   Dismissed

Recommendation Date:   08/22/2012

*Renee Schueler*

Renee Schueler

Exhibit (R)

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-403 (Rev. 12/03)

# REVIEWER'S DECISION
## COMPLAINT NUMBER FLCI-2012-17580
### * * * ICRS CONFIDENTIAL * * *

To: MILLER, JOHN - #147363
UNIT: 04-A – 14-B
FOX LAKE CORRECTIONAL INSTITUTION
W10237 Lake Emily Road
PO Box 147
FOX LAKE, WI 53933-0147

**Complaint Information:**

Date Complaint Received: 08/21/2012

Subject of Complaint: 19 - Confidentiality of & Access to Protected Health Information

Brief Summary: documentation from attempted ring removal

ICE's Recommendation: Dismissed

Reviewer's Decision: Dismissed

Reason(s) for Decision: If there is documentation in the Medical Chart about the alleged actions by HSU staff to remove his ring, the HSU has 30 days from his request in which to provide a copy of the document. He will be assessed 15 cents per page. The 30 day time frame had not ended as of the filing of his complaint, but will on/about September 2, 2012. The HSU should inform Mr. Miller of the number of pages in his Chart related to the ring removal immediately, so that he can sign a DOC-0184 Disbursement Request.

Decision Date: 08/31/2012

*Gloria Marquardt*

Gloria Marquardt

CC:
**Distributed via email**
Meier, H

A complainant dissatisfied with a decision may, within 10 calendar days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC–405 (DOC 310.13, Wis. Adm. Code).

Exhibit (S)

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor. Por favor inprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) *Instalación (Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | FLCI | 10-C-54-B |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| FLCI Photocopy | | | | |

**REQUEST FOR:** *SOLICITUD PARA:*

- [x] 1 – Copies *Copias*
- [ ] 2 – Shipping/Freight *Envio /Carga*
- [ ] 3 – Postage *Posta de Correo*
- [ ] 4 – Photos *Fotos*
- [ ] 5 – State ID Photo *Foto ID del Estado*
- [ ] 6 – Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 – Savings Deposit
- [ ] 8 – Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)*
- [ ] 10 – Other (reason required)* *Otro (requiere justificacion)*
- [ ] 11 – Route Check to: *Envie cheque a:_____*

**FUNDING SOURCE:** *FUENTE DE FONDOS*

- [ ] REG - Regular Account *Cuenta Regular*
- [ ] WR - Work Release Account *Cuenta de Trabajo*
- [ ] REL - Release Account *Cuenta de Liberacion*
- [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| I NEED 1 COPY of This | 1 COPY | $ 15 |
| | | $ |
| | | $ |
| | | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* Staff Initials: | Total Amount R... *Suma Total Solicit...* **RECEIVED** |
|---|---|---|---|
| John Miller | 2/17/2015 | | |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: |  |
|---|---|---|---|
|  | 2-18-15 | Deliver Check to: | **JUL 1 2015** |
| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | Release Date (if REL acct is requested | **DANE COUNTY CIRCUIT COURT** |
|  |  | CHECK#          DATE PAID | **MAY 27 2015** |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
|  |  |  |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

*Legal Mail*
*NEED to go ASAP*

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor. Por favor inprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) *Instalación (Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John L Miller | 147256 | FLCI | |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| FLCI Postage | W10237 Lake Emily Rd | Foxlake | WI | |

REQUEST FOR: *SOLICITUD PARA:*

- [ ] 1 – Copies *Copias*
- [ ] 2 – Shipping/Freight *Envio /Carga*
- [x] 3 – Postage *Posta de Correo*
- [ ] 4 – Photos *Fotos*
- [ ] 5 – State ID Photo *Foto ID del Estado*
- [ ] 6 – Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 – Savings Deposit
- [ ] 8 – Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
- [ ] 10 – Other  (reason required)* *Otro (requiere justificacion)**
- [ ] 11 – Route Check to: Envie cheque a:

FUNDING SOURCE: *FUENTE DE FONDOS*

- [ ] REG - Regular Account *Cuenta Regular*
- [ ] WR - Work Release Account *Cuenta de Trabajo*
- [ ] REL - Release Account  *Cuenta de Liberacion*
- [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDA* |
|---|---|---|
| I NEED to send ASAP to    Re | I Need this to get out ASAP | $ |
| Clerk of Circ. Court DANE CO. Room | Dane Co circuit court | $ |
| 215 South Hamilton st Madison WI | 215 South hamilton st Room | $ |
| | 5.3121 madison WI 53703 | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | | |
|---|---|---|---|---|
| John L Miller | 7/7/2015 | Staff Initials: | Total Amount Requested *Suma Total Solicitada* $ | |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE | DATE SIGNED | No Check: [ ] DMV Acct. [ ] Other: _____ |
|---|---|---|
| | | Deliver Check to: |
| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | Release Date (if REL acct is requested |
| | | CHECK#          DATE PAID |
| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |

MAY 27 2015

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

**DISBURSEMENT REQUEST**
**SOLICITUD DE DESEMBOLSO**

MAY 27 2015

WISCONSIN
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor.  Por favor imprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) Instalación *(Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | Foxlake Corr Inst | 10-C 54B |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| FLCI Photo Copy | | | | |

REQUEST FOR:  *SOLICITUD PARA:*
- ☑ 1 – Copies *Copias*
- ☐ 2 - Shipping/Freight *Envio /Carga*
- ☐ 3 – Postage *Posta de Correo*
- ☐ 4 – Photos *Fotos*
- ☐ 5 - State ID Photo *Foto ID del Estado*
- ☐ 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
- ☐ 7 - Savings Deposit
- ☐ 8 - Savings Withdrawal *Desembolso de Ahorros*
- ☐ 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
- ☐ 10 – Other  (reason required)* *Otro (requiere justificacion)**
- ☐ 11 – Route Check to: Envie cheque a:_____

FUNDING SOURCE: *FUENTE DE FONDOS*
☐ REG - Regular Account *Cuenta Regular*  ☐ WR - Work Release Account *Cuenta de Trabajo*  ☐ REL - Release Account *Cuenta de Liberacion*  ☐ Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba) | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| I NEED 2 Copies of each page | 12 Copies X .15 | $ 1.80 |
| 12 Copies Total | | $ |
| | | $ |
| | | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | | |
|---|---|---|---|---|
| John Miller | 2-15-15 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* | $ 1.80 |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: _____ |
|---|---|---|
| R Knuth | 2-16-15 | Deliver Check to: _____ Release Date (if REL acct is requested |

| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
|---|---|---|---|
| | | | |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
| | | |

---

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

**DISBURSEMENT REQUEST**
**SOLICITUD DE DESEMBOLSO**

Lawsuit

WISCONSIN
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor.  Por favor imprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) Instalación *(Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | Foxlake Corr Inst | 10-C 54-B |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| FLCI Photo Copy | | | | |

REQUEST FOR:  *SOLICITUD PARA:*
- ☑ 1 – Copies *Copias*
- ☐ 2 - Shipping/Freight *Envio /Carga*
- ☐ 3 – Postage *Posta de Correo*
- ☐ 4 – Photos *Fotos*
- ☐ 5 - State ID Photo *Foto ID del Estado*
- ☐ 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
- ☐ 7 - Savings Deposit
- ☐ 8 - Savings Withdrawal *Desembolso de Ahorros*
- ☐ 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
- ☐ 10 – Other  (reason required)* *Otro (requiere justificacion)**
- ☐ 11 – Route Check to: Envie cheque a:_____

FUNDING SOURCE: *FUENTE DE FONDOS*
☐ REG - Regular Account *Cuenta Regular*  ☐ WR - Work Release Account *Cuenta de Trabajo*  ☐ REL - Release Account *Cuenta de Liberacion*  ☐ Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba) | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| I NEED 1 Copy of each page | 1 COPY EACH Page 57 Total | $ |
| 57 Pages Total | | $ |
| | | $ |
| | | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | | |
|---|---|---|---|---|
| John Miller | 2-15-15 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* | $ 8.55 |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: _____ |
|---|---|---|
| R Knuth | 2-16-15 | Deliver Check to: _____ Release Date (if REL acct is requested |

| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
|---|---|---|---|
| | | | |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
| | | |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

AC

Law Suit

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor.  Por favor inprima todo excepto su firma

| OFFENDER NAME NOMBRE DE OFENSOR | DOC NUMBER NUMERO | FACILITY NAME (Abbreviate) Instalación (Abrevie) | HOUSING UNIT/FLOOR/CELL UNIDAD / PISO / CELDA |
|---|---|---|---|
| John Miller | 147363 | FLCI | 10-C 54-B |

| PAY TO NAME NOMBRE A QUIEN SE PAGUE | STREET ADDRESS DIRECCION DE CALLE | CITY CIUDAD | STATE ESTADO | ZIP ODIGO POSTAL |
|---|---|---|---|---|
| Photo Copy | | | | |

**REQUEST FOR:  SOLICITUD PARA:**

☒ 1 - Copies Copias
☐ 2 - Shipping/Freight Envio /Carga
☐ 3 - Postage Posta de Correo
☐ 4 - Photos Fotos
☐ 5 - State ID Photo Foto ID del Estado
☐ 6 - Savings Bond Purchase Compra Bonos de Ahorro
☐ 7 - Savings Deposit
☐ 8 - Savings Withdrawal Desembolso de Ahorros
☐ 9 - Property Purchase (reason required)* Compra de Propiedad (requiere razon)*
☐ 10 - Other  (reason required)* Otro (requiere justificacion)*
☐ 11 - Route Check to: Envie cheque a:____

**FUNDING SOURCE: FUENTE DE FONDOS**
☐ REG - Regular Account Cuenta Regular  ☐ WR - Work Release Account Cuenta de Trabajo  ☐ REL - Release Account Cuenta de Liberacion  ☐ Legal Loan Prestamo Legal

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba) | INDIVIDUAL ITEMS REQUESTED Articulos Indiv iduales Solicitados | AMOUNT CANTIDAD |
|---|---|---|
| | 1 Copy of EACH Page | $ |
| | | $ |
| | #9 Total | $ |
| | .15 EACH | $ |

| OFFENDER SIGNATURE FIRMA OFENSOR(A) | DATE SIGNED FECHA DE FIRMA | OFFENDER ID VERIFIED ID DE OFENSOR CHEQUEADO | |
|---|---|---|---|
| John Miller | 1-20-15 | Staff Initials: | Total Amount Requested Suma Total Solicitada: 1.35 |

**DECISION - To be Completed by Department Staff Only**
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: ____ |
|---|---|---|
| AC Campbell | 1-21-15 | Deliver Check to: ____ Release Date (if REL acct is requested |

| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
|---|---|---|---|
| | | | |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
| | | MAY 2 7 2015 |

---

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

CA AC

Law Suit

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor.  Por favor inprima todo excepto su firma

| OFFENDER NAME NOMBRE DE OFENSOR | DOC NUMBER NUMERO | FACILITY NAME (Abbreviate) Instalación (Abrevie) | HOUSING UNIT/FLOOR/CELL UNIDAD / PISO / CELDA |
|---|---|---|---|
| John Miller | 147363 | FLCI | 10-C 54-B |

| PAY TO NAME NOMBRE A QUIEN SE PAGUE | STREET ADDRESS DIRECCION DE CALLE | CITY CIUDAD | STATE ESTADO | ZIP ODIGO POSTAL |
|---|---|---|---|---|
| FLCI Photo LIBRARY | | | | |

**REQUEST FOR:  SOLICITUD PARA:**

☒ 1 - Copies Copias
☐ 2 - Shipping/Freight Envio /Carga
☐ 3 - Postage Posta de Correo
☐ 4 - Photos Fotos
☐ 5 - State ID Photo Foto ID del Estado
☐ 6 - Savings Bond Purchase Compra Bonos de Ahorro
☐ 7 - Savings Deposit
☐ 8 - Savings Withdrawal Desembolso de Ahorros
☐ 9 - Property Purchase (reason required)* Compra de Propiedad (requiere razon)*
☐ 10 - Other  (reason required)* Otro (requiere justificacion)*
☐ 11 - Route Check to: Envie cheque a:____

**FUNDING SOURCE: FUENTE DE FONDOS**
☒ REG - Regular Account Cuenta Regular  ☐ WR - Work Release Account Cuenta de Trabajo  ☐ REL - Release Account Cuenta de Liberacion  ☐ Legal Loan Prestamo Legal

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba) | INDIVIDUAL ITEMS REQUESTED Articulos Indiv iduales Solicitados | AMOUNT CANTIDAD |
|---|---|---|
| I Copy of EACH Page, I Count 62 IF I AM wrong Please Correct | 1 Copy Per Page  .15 EACH | $ |
| | | $ |
| | 62 Copies Pages | $ 9.30 |
| | | $ |

| OFFENDER SIGNATURE FIRMA OFENSOR(A) | DATE SIGNED FECHA DE FIRMA | OFFENDER ID VERIFIED ID DE OFENSOR CHEQUEADO | |
|---|---|---|---|
| John Miller | 2-8-15 | Staff Initials: | Total Amount Requested Suma Total Solicitada: $ 9.30 |

**DECISION - To be Completed by Department Staff Only**
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: ____ |
|---|---|---|
| Campbell | 2-9-15 | Deliver Check to: ____ Release Date (if REL acct is requested |

| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
|---|---|---|---|
| | | | |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
| | | |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor. Por favor imprima todo excepto su firma

OFFENDER NAME *NOMBRE DE OFENSOR*: John Miller
DOC NUMBER *NUMERO*: 147363
FACILITY NAME (Abbreviate) *Instalación (Abrevie)*: FLCI
HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA*: 10-C 54-B

PAY TO NAME *NOMBRE A QUIEN SE PAGUE*: Photo Project

REQUEST FOR: *SOLICITUD PARA:*
- [x] 1 – Copies *Copias*
- [ ] 2 – Shipping/Freight *Envio /Carga*
- [ ] 3 – Postage *Posta de Correo*
- [ ] 4 – Photos *Fotos*
- [ ] 5 – State ID Photo *Foto ID del Estado*
- [ ] 6 – Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 – Savings Deposit
- [ ] 8 - Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 – Property Purchase (reason required)*
- [ ] 10 – Other (reason required)*
- [ ] 11 – Route Check to:

FUNDING SOURCE: *FUENTE DE FONDOS*
- [x] REG - Regular Account  [ ] WR - Work Release Account  [x] REL - Release Account  [ ] Legal Loan

*REASON FOR REQUEST: FoIA D.O.C. 1930 Authorization To with hold money from Trust Account Both releces + regular

INDIVIDUAL ITEMS REQUESTED: Form DOC 1930  x 1

OFFENDER SIGNATURE: John Miller   DATE SIGNED: 1-2-2015
Total Amount Requested: $.15

DECISION - To be Completed by Department Staff Only

DISBURSEMENT APPROVED BY SIGNATURE   DATE SIGNED: 1-6-15

MAY 27 2015

---

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

5 for raises 5 Copies FLI law suit

OFFENDER NAME: John Miller
DOC NUMBER: 147363
FACILITY NAME: FLCI
HOUSING UNIT/FLOOR/CELL: 10-C 54-B

PAY TO NAME: Photo Copy

REQUEST FOR:
- [x] 1 – Copies
- [ ] 2 – Shipping/Freight
- others unchecked

FUNDING SOURCE:
- [ ] REG  [ ] WR  [ ] REL  [ ] Legal Loan

REASON FOR REQUEST: I Page I have mailed Need Copy Front + Back only the 1

INDIVIDUAL ITEMS REQUESTED: 10 Copy 1 EACH (10 Total)
Total Amount Requested: $1.50

OFFENDER SIGNATURE: John Miller   DATE SIGNED: 1-13-15

DECISION - To be Completed by Department Staff Only

DISBURSEMENT APPROVED BY SIGNATURE   DATE SIGNED: 1-15-15

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

**DISBURSEMENT REQUEST**
**SOLICITUD DE DESEMBOLSO**

WISCONSIN
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor.  Por favor inprima todo excepto su firma

| OFFENDER NAME NOMBRE DE OFENSOR | DOC NUMBER NUMERO | FACILITY NAME (Abbreviate) Instalación (Abrevie) | HOUSING UNIT/FLOOR/CELL UNIDAD / PISO / CELDA |
|---|---|---|---|
| John | 147363 | | |

| PAY TO NAME NOMBRE A QUIEN SE PAGUE | STREET ADDRESS DIRECCION DE CALLE | CITY CIUDAD | STATE ESTADO | ZIP ODIGO POSTAL |
|---|---|---|---|---|
| | | | | |

REQUEST FOR:  SOLICTUD PARA:
- [x] 1 – Copies Copias
- [ ] 2 - Shipping/Freight Envio /Carga
- [ ] 3 - Postage Posta de Correo
- [ ] 4 – Photos Fotos
- [ ] 5 - State ID Photo Foto ID del Estado
- [ ] 6 - Savings Bond Purchase Compra Bonos de Ahorro
- [ ] 7 – Savings Deposit
- [ ] 8 - Savings Withdrawal Desembolso de Ahorros
- [ ] 9 – Property Purchase (reason required)* Compra de Propiedad (requiere razon)*
- [ ] 10 – Other  (reason required)* Otro (requiere justificacion)*
- [ ] 11 – Route Check to: Envie cheque a:_____

FUNDING SOURCE: FUENTE DE FONDOS
- [ ] REG - Regular Account Cuenta Regular
- [ ] WR - Work Release Account  Cuenta de Trabajo
- [ ] REL - Release Account  Cuenta de Liberacion
- [ ] Legal Loan  Prestamo Legal

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba) | INDIVIDUAL ITEMS REQUESTED Articulos indiv iduales Solicitados | AMOUNT CANTIDAD |
|---|---|---|
| | | $ |
| | | $ |
| | 5¢ TOTAL | $ |
| | | $ |

| OFFENDER SIGNATURE FIRMA OFENSOR(A) | DATE SIGNED FECHA DE FIRMA | OFFENDER ID VERIFIED ID DE OFENSOR CHEQUEADO Staff Initials: | Total Amount Requested Suma Total Solicitada: $ 2.95 |
|---|---|---|---|

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completado por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED 12-27-14 | No Check: [ ] DMV Acct. [ ] Other: _____ Deliver Check to: Release Date (if REL acct is requested) |
|---|---|---|
| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK#          DATE PAID |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED      **MAY 27 2015** |
|---|---|---|

---

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

**DISBURSEMENT REQUEST**
**SOLICITUD DE DESEMBOLSO**

Legal Mail
was Togo out

WISCONSIN
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor.  Por favor inprima todo excepto su firma

| OFFENDER NAME NOMBRE DE OFENSOR | DOC NUMBER NUMERO | FACILITY NAME (Abbreviate) Instalación (Abrevie) | HOUSING UNIT/FLOOR/CELL UNIDAD / PISO / CELDA |
|---|---|---|---|
| John Miller | 147363 | Foxlake or Inst 10-C | 54-B |

| PAY TO NAME NOMBRE A QUIEN SE PAGUE | STREET ADDRESS DIRECCION DE CALLE | CITY CIUDAD | STATE ESTADO | ZIP ODIGO POSTAL |
|---|---|---|---|---|
| Photo Copy | | | | |

REQUEST FOR:  SOLICTUD PARA:
- [x] 1 – Copies Copias
- [ ] 2 - Shipping/Freight Envio /Carga
- [ ] 3 - Postage Posta de Correo
- [ ] 4 – Photos Fotos
- [ ] 5 - State ID Photo Foto ID del Estado
- [ ] 6 - Savings Bond Purchase Compra Bonos de Ahorro
- [ ] 7 – Savings Deposit
- [ ] 8 - Savings Withdrawal Desembolso de Ahorros
- [ ] 9 – Property Purchase (reason required)* Compra de Propiedad (requiere razon)*
- [ ] 10 – Other  (reason required)* Otro (requiere justificacion)*
- [ ] 11 – Route Check to: Envie cheque a:_____

FUNDING SOURCE: FUENTE DE FONDOS
- [ ] REG - Regular Account Cuenta Regular
- [ ] WR - Work Release Account  Cuenta de Trabajo
- [ ] REL - Release Account  Cuenta de Liberacion
- [ ] Legal Loan  Prestamo Legal

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba) | INDIVIDUAL ITEMS REQUESTED Articulos indiv iduales Solicitados | AMOUNT CANTIDAD |
|---|---|---|
| Mel To | Mr. Todd R. Scott | $ |
| Attorney AT law  Mr. Todd R. Scott 1233 N mayFair Rd Zip Code 53226 Suite 131 Milw WI | Todd R Scott  1233 N MayFair Rd | $ |
| | Suite 131      Milw WI | $ |
| 53255 | law Suite        53226-3255 | $ |

| OFFENDER SIGNATURE FIRMA OFENSOR(A) John Miller | DATE SIGNED FECHA DE FIRMA 12-24-14 | OFFENDER ID VERIFIED ID DE OFENSOR CHEQUEADO Staff Initials: | Total Amount Requested Suma Total Solicitada: $ 1.48 |
|---|---|---|---|

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completado por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED 12-30-14 | No Check: [ ] DMV Acct. [ ] Other: _____ Deliver Check to: Release Date (if REL acct is requested) |
|---|---|---|
| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK#          DATE PAID |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

**DISBURSEMENT REQUEST**
**SOLICITUD DE DESEMBOLSO**

WISCONSIN
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor. Por favor imprima todo excepto su firma

OFFENDER NAME *NOMBRE DE OFENSOR*   John Miller

DOC NUMBER *NUMERO*  147363

FACILITY NAME (Abbreviate) *Instalación (Abrevie)*  FLCI

HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA*  10-C   54-B

PAY TO NAME *NOMBRE A QUIEN SE PAGUE*  FLCI Photo Copies

STREET ADDRESS *DIRECCION DE CALLE*  W10237 lake Emly RD

CITY *CIUDAD*  Fox lake

STATE *ESTADO*  WI

ZIP *ODIGO POSTAL*  53933

REQUEST FOR: *SOLICITUD PARA:*
- [x] 1 – Copies *Copias*
- [ ] 2 - Shipping/Freight *Envio /Carga*
- [ ] 3 – Postage *Posta de Correo*
- [ ] 4 – Photos *Fotos*
- [ ] 5 - State ID Photo *Foto ID del Estado*
- [ ] 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 – Savings Deposit
- [ ] 8 - Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)*
- [ ] 10 – Other (reason required)* *Otro (requiere justificacion)*
- [ ] 11 – Route Check to: *Envie cheque a:*_____

FUNDING SOURCE: *FUENTE DE FONDOS*
- [ ] REG - Regular Account *Cuenta Regular*
- [ ] WR - Work Release Account *Cuenta de Trabajo*
- [ ] REL - Release Account *Cuenta de Liberacion*
- [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above)* *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| | Form CV 438 | $ |
| | Prisoners Petition for Waiver | $ |
| | of Pre Payment of Fees/cost | $ |
| | Affidovit | $ |

OFFENDER SIGNATURE *FIRMA OFENSOR(A)*  John Miller

DATE SIGNED *FECHA DE FIRMA*  12/8/14

OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO*
Staff Initials:

Total Amount Requested *Suma Total Solicitada*  $ .30

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

DISBURSEMENT APPROVED BY SIGNATURE:

DATE SIGNED  12-9-14

No Check: [ ] DMV Acct. [ ] Other:_____
Deliver Check to:
Release Date (if REL acct is requested

SUPERVISOR APPROVAL SIGNATURE (If required)

DATE SIGNED

CHECK#

DATE PAID

REQUEST DENIED BY SIGNATURE

DATE SIGNED

REASON REQUEST WAS DENIED

**MAY 27 2015**

---

Miller V. larson, ET AL

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

**DISBURSEMENT REQUEST**
**SOLICITUD DE DESEMBOLSO**

WISCONSIN
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor. Por favor imprima todo excepto su firma

OFFENDER NAME *NOMBRE DE OFENSOR*  John Miller

DOC NUMBER *NUMERO*  147363

FACILITY NAME (Abbreviate) *Instalación (Abrevie)*  FLCI

HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA*  10-C   54-B

PAY TO NAME *NOMBRE A QUIEN SE PAGUE*  FLCI Postage

STREET ADDRESS *DIRECCION DE CALLE*  W10237 lake Emly RD

CITY *CIUDAD*  Fox lake

STATE *ESTADO*  WI

ZIP *ODIGO POSTAL*  53933

REQUEST FOR: *SOLICITUD PARA:*
- [ ] 1 – Copies *Copias*
- [ ] 2 - Shipping/Freight *Envio /Carga*
- [x] 3 – Postage *Posta de Correo*
- [ ] 4 – Photos *Fotos*
- [ ] 5 - State ID Photo *Foto ID del Estado*
- [ ] 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 – Savings Deposit
- [ ] 8 - Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)*
- [ ] 10 – Other (reason required)* *Otro (requiere justificacion)*
- [ ] 11 – Route Check to: *Envie cheque a:*_____

FUNDING SOURCE: *FUENTE DE FONDOS*
- [ ] REG - Regular Account *Cuenta Regular*
- [ ] WR - Work Release Account *Cuenta de Trabajo*
- [ ] REL - Release Account *Cuenta de Liberacion*
- [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above)* *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| I Need this Mailed it is Signed | Postage to | $ |
| and I have a time line to | Legal Mail that | $ |
| have No More Stamps Enveleft | Has to go out on Time | $ |
| | Line   Thank you | $ |

OFFENDER SIGNATURE *FIRMA OFENSOR(A)*  John Miller

DATE SIGNED *FECHA DE FIRMA*  12/17/14

OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO*
Staff Initials:

Total Amount Requested *Suma Total Solicitada*  $ 48

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

DISBURSEMENT APPROVED BY SIGNATURE:

DATE SIGNED

No Check: [ ] DMV Acct. [ ] Other:_____
Deliver Check to:
Release Date (if REL acct is requested

SUPERVISOR APPROVAL SIGNATURE (If required)

DATE SIGNED

CHECK#

DATE PAID

REQUEST DENIED BY SIGNATURE

DATE SIGNED

REASON REQUEST WAS DENIED

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor. Por favor imprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) *Instalación (Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | FLCI | 10-C  54-B |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| FLCI Photo Copy | | | | |

REQUEST FOR: *SOLICITUD PARA:*
- [x] 1 - Copies *Copias*
- [ ] 2 - Shipping/Freight *Envio /Carga*
- [ ] 3 - Postage *Posta de Correo*
- [ ] 4 - Photos *Fotos*
- [ ] 5 - State ID Photo *Foto ID del Estado*
- [ ] 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 - Savings Deposit
- [ ] 8 - Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 - Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
- [ ] 10 - Other (reason required)* *Otro (requiere justificacion)**
- [ ] 11 - Route Check to: *Envie cheque a:*_____

FUNDING SOURCE: *FUENTE DE FONDOS*
- [ ] REG - Regular Account *Cuenta Regular*
- [ ] WR - Work Release Account *Cuenta de Trabajo*
- [ ] REL - Release Account *Cuenta de Liberacion*
- [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indivduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| 1 EACH to be Copied  .15 = .60 | | $ |
| | | $ |
| | | $ |
| | Photo Copy X 4 | $  .60 |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | |
|---|---|---|---|
| John Miller | 12-1-15 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* $  .60 |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: [ ] DMV Acct. [ ] Other: _____ |
|---|---|---|
| R Krutzik | 12-1-14 | Deliver Check to: _____ |
| | | Release Date (if REL acct is requested) |

| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
|---|---|---|---|
| | | | |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
| | | **MAY 2 7 2015** |

---

OK

Miller v. loison. et al.

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor. Por favor imprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) *Instalación (Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | FLCI | 10-C  54-B |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| FLCI Photo Copy | | | | |

REQUEST FOR: *SOLICITUD PARA:*
- [x] 1 - Copies *Copias*
- [ ] 2 - Shipping/Freight *Envio /Carga*
- [ ] 3 - Postage *Posta de Correo*
- [ ] 4 - Photos *Fotos*
- [ ] 5 - State ID Photo *Foto ID del Estado*
- [ ] 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 - Savings Deposit
- [ ] 8 - Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 - Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
- [ ] 10 - Other (reason required)* *Otro (requiere justificacion)**
- [ ] 11 - Route Check to: *Envie cheque a:*_____

FUNDING SOURCE: *FUENTE DE FONDOS*
- [ ] REG - Regular Account *Cuenta Regular*
- [ ] WR - Work Release Account *Cuenta de Trabajo*
- [ ] REL - Release Account *Cuenta de Liberacion*
- [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| Need 3 copies of this  .15 EA  .45 | .15 EA 3 Copies | $  .45 |
| | | $ |
| | | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | |
|---|---|---|---|
| John Miller | 12/1/14 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* $  .45 |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: [ ] DMV Acct. [ ] Other: _____ |
|---|---|---|
| R Krutzik | 12-3-14 | Deliver Check to: _____ |
| | | Release Date (if REL acct is requested) |

| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
|---|---|---|---|
| | | | |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
| | | |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor.  Por favor inprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) *Instalación (Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | Fox lake | 4-A 414-B |

| PAY TO NAME *NOMBRA A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| | | | | |

REQUEST FOR:  *SOLICTUD PARA:*
- [x] 1 – Copies *Copias*
- [ ] 2 - Shipping/Freight *Envio /Carga*
- [ ] 3 - Postage *Posta de Correo*
- [ ] 4 – Photos *Fotos*
- [ ] 5 - State ID Photo *Foto ID del Estado*
- [ ] 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 - Savings Deposit
- [ ] 8 - Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
- [ ] 10 – Other  (reason required)* *Otro (requiere justificacion)**
- [ ] 11 – Route Check to: Envie cheque a:

FUNDING SOURCE: *FUENTE DE FONDOS*
- [ ] REG - Regular Account *Cuenta Regular*
- [ ] WR - Work Release Account *Cuenta de Trabajo*
- [ ] REL - Release Account *Cuenta de Liberacion*
- [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| | Copies 15 EACH | $ |
| | 5 Total | $ .15 |
| | | $ |
| | | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | | |
|---|---|---|---|---|
| John miller | 9-18-12 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* | $ .75 |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: _____ |
|---|---|---|
| | | Deliver Check to: |
| | | Release Date (if REL acct is requested |
| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK#            DATE PAID |
| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED          **MAY 2 7 2015** |

---

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

*Law Suit*

**WISCONSIN**
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor.  Por favor inprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) *Instalación (Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 47363 | FLCI | 4-A |

| PAY TO NAME *NOMBRA A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| | | | | |

REQUEST FOR:  *SOLICTUD PARA:*
- [ ] 1 - Copies *Copias*
- [ ] 2 - Shipping/Freight *Envio /Carga*
- [x] 3 – Postage *Posta de Correo*
- [ ] 4 – Photos *Fotos*
- [ ] 5 - State ID Photo *Foto ID del Estado*
- [ ] 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 - Savings Deposit
- [ ] 8 - Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
- [ ] 10 – Other  (reason required)* *Otro (requiere justificacion)**
- [ ] 11 – Route Check to: Envie cheque a:

FUNDING SOURCE: *FUENTE DE FONDOS*
- [x] REG - Regular Account *Cuenta Regular*
- [ ] WR - Work Release Account *Cuenta de Trabajo*
- [ ] REL - Release Account *Cuenta de Liberacion*
- [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| Attorney General (Centifite) Madison WI 53707 | CERTIFIED MAIL W/RR | $ 1.90 |
| | | $ 2.45 |
| | 10 X 13   FLAT    RR | $ 2.35 |
| | | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | | |
|---|---|---|---|---|
| John Miller | 9-24-12 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* | $ 7.20 |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: _____ |
|---|---|---|
| LW9-2672 | | Deliver Check to: |
| | | Release Date (if REL acct is requested |
| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK#            DATE PAID |
| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

**OFFENDER REQUEST** - To be completed by the offender. Please print or type all items except your signature
*SOLICITUD DE OFENSOR - Debe ser completada por ofensor. Por favor inprima todo excepto su firma*

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) *Instalación (Abreve)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | Foxlake | 4) 414-B |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| | | | | |

**REQUEST FOR:** *SOLICTUD PARA:*
- [x] 1 – Copies *Copias*
- [ ] 2 – Shipping/Freight *Envio /Carga*
- [ ] 3 – Postage *Posta de Correo*
- [ ] 4 – Photos *Fotos*
- [ ] 5 – State ID Photo *Foto ID del Estado*
- [ ] 6 – Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 – Savings Deposit
- [ ] 8 – Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
- [ ] 10 – Other  (reason required)* *Otro (requiere justificacion)**
- [ ] 11 – Route Check to: Envie cheque a:_____

**FUNDING SOURCE:** *FUENTE DE FONDOS*
- [x] REG - Regular Account *Cuenta Regular*  [ ] WR - Work Release Account *Cuenta de Trabajo*  [ ] REL - Release Account *Cuenta de Liberacion*  [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| Photocopies (2 sets) | 50 (CPS) @ 0.15 | $ 7.00 |
| * First Ro B 2 sided - All others 1 sided * | 50 | $ |
| | | $ |
| | | $ 7.50 |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | | |
|---|---|---|---|---|
| John L Miller | 9-4-12 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* $ | 7.80 |

**DECISION** - To be Completed by Department Staff Only
*DECISION- Debe ser Completada por Empleados Solamente*

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: [ ] DMV Acct. [ ] Other: _____ |
|---|---|---|
| (signature) | 9-6 | Deliver Check to: |
| | | Release Date (if REL acct is requested |

| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
|---|---|---|---|
| | | | |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
| | | MAY 2 2015 |
| | | Law Suit |

---

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

**WISCONSIN**
Administrative Code
Chapter DOC 309

**OFFENDER REQUEST** - To be completed by the offender. Please print or type all items except your signature
*SOLICITUD DE OFENSOR - Debe ser completada por ofensor. Por favor inprima todo excepto su firma*

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) *Instalación (Abreve)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | Fox lake | 4-A 414-B |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP *ODIGO POSTAL* |
|---|---|---|---|---|
| | | | | |

**REQUEST FOR:** *SOLICTUD PARA:*
- [ ] 1 – Copies *Copias*
- [ ] 2 – Shipping/Freight *Envio /Carga*
- [x] 3 – Postage *Posta de Correo*
- [ ] 4 – Photos *Fotos*
- [ ] 5 – State ID Photo *Foto ID del Estado*
- [ ] 6 – Savings Bond Purchase *Compra Bonos de Ahorro*
- [ ] 7 – Savings Deposit
- [ ] 8 – Savings Withdrawal *Desembolso de Ahorros*
- [ ] 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
- [ ] 10 – Other  (reason required)* *Otro (requiere justificacion)**
- [ ] 11 – Route Check to: Envie cheque a:_____

**FUNDING SOURCE:** *FUENTE DE FONDOS*
- [x] REG - Regular Account *Cuenta Regular*  [ ] WR - Work Release Account *Cuenta de Trabajo*  [ ] REL - Release Account *Cuenta de Liberacion*  [ ] Legal Loan *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv iduales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| CCC-DOC PO Box 7935 Madison WI 53707 | FIG. 9x12 | $ |
| | | $ |
| | | $ |
| | | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | | |
|---|---|---|---|---|
| John Miller | 9-6-12 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* $ | 1.70 |

**DECISION** - To be Completed by Department Staff Only
*DECISION- Debe ser Completada por Empleados Solamente*

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: [ ] DMV Acct. [ ] Other: _____ |
|---|---|---|
| M | 9-7-11 | Deliver Check to: |
| | | Release Date (if REL acct is requested |

| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
|---|---|---|---|
| | | | |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
| | | |

DEPARTMENT OF CORRECTIONS
· Division of Adult Institutions
DOC-184 (Rev. 10/2011)

**DISBURSEMENT REQUEST**
**SOLICITUD DE DESEMBOLSO**

*Law suit*

WISCONSIN
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor. Por favor imprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) Instalación *(Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | Fox lake | 4-A   414-B |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP ODIGO POSTAL |
|---|---|---|---|---|
| | | | | |

REQUEST FOR: *SOLICITUD PARA:*
☑ 1 – Copies *Copias*
☐ 2 - Shipping/Freight *Envio /Carga*
☐ 3 - Postage *Posta de Correo*
☐ 4 – Photos *Fotos*
☐ 5 - State ID Photo *Foto ID del Estado*
☐ 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
☐ 7 - Savings Deposit
☐ 8 - Savings Withdrawal *Desembolso de Ahorros*
☐ 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
☐ 10 – Other  (reason required)* *Otro (requiere justificacion)**
☐ 11 – Route Check to: Envie cheque a:_____

FUNDING SOURCE: *FUENTE DE FONDOS*
☐REG - Regular Account *Cuenta Regular*  ☐WR - Work Release Account  *Cuenta de Trabajo*  ☐REL - Release Account  *Cuenta de Liberacion*  ☐Legal Loan  *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv duales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| | 4 copies @ .15 | $ .60 |
| | | $ |
| | | $ |
| | | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | | |
|---|---|---|---|---|
| *John Miller* | 8-9-12 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* | $ .60 |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: _____ |
|---|---|---|
| R Schensics | 8/10/12 | Deliver Check to: _____ |
| | | Release Date (if REL acct is requested |
| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID **MAY 27 2015** |
| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |

---

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-184 (Rev. 10/2011)

**DISBURSEMENT REQUEST**
**SOLICITUD DE DESEMBOLSO**

*Law suit*

WISCONSIN
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por ofensor. Por favor imprima todo excepto su firma

| OFFENDER NAME *NOMBRE DE OFENSOR* | DOC NUMBER *NUMERO* | FACILITY NAME (Abbreviate) Instalación *(Abrevie)* | HOUSING UNIT/FLOOR/CELL *UNIDAD / PISO / CELDA* |
|---|---|---|---|
| John Miller | 147363 | Fox lake | 4-A 414-B |

| PAY TO NAME *NOMBRE A QUIEN SE PAGUE* | STREET ADDRESS *DIRECCION DE CALLE* | CITY *CIUDAD* | STATE *ESTADO* | ZIP ODIGO POSTAL |
|---|---|---|---|---|
| Fox lake | | | | |

REQUEST FOR: *SOLICITUD PARA:*
☑ – Copies *Copias*
☐ 2 - Shipping/Freight *Envio /Carga*
☐ 3 - Postage *Posta de Correo*
☐ 4 – Photos *Fotos*
☐ 5 - State ID Photo *Foto ID del Estado*
☐ 6 - Savings Bond Purchase *Compra Bonos de Ahorro*
☐ 7 - Savings Deposit
☐ 8 - Savings Withdrawal *Desembolso de Ahorros*
☐ 9 – Property Purchase (reason required)* *Compra de Propiedad (requiere razon)**
☐ 10 – Other  (reason required)* *Otro (requiere justificacion)**
☐ 11 – Route Check to: Envie cheque a:_____

FUNDING SOURCE: *FUENTE DE FONDOS*
☐REG - Regular Account *Cuenta Regular*  ☐WR - Work Release Account  *Cuenta de Trabajo*  ☐REL - Release Account  *Cuenta de Liberacion*  ☐Legal Loan  *Prestamo Legal*

| *REASON FOR REQUEST (Must complete if you choose 9 or 10 above) *RAZON POR LA SOLICITUD (Debe completar si escoje casillas 9 o 10 arriba)* | INDIVIDUAL ITEMS REQUESTED *Articulos Indiv duales Solicitados* | AMOUNT *CANTIDAD* |
|---|---|---|
| Complaint # 17580 | Copies | $ .15 |
| | 1 pg | $ |
| | | $ |
| | | $ |

| OFFENDER SIGNATURE *FIRMA OFENSOR(A)* | DATE SIGNED *FECHA DE FIRMA* | OFFENDER ID VERIFIED *ID DE OFENSOR CHEQUEADO* | | |
|---|---|---|---|---|
| *John Miller* | 9-1-12 | Staff Initials: | Total Amount Requested *Suma Total Solicitada:* | $ .15 |

DECISION - To be Completed by Department Staff Only
DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: _____ |
|---|---|---|
| K Schueler | 9.7.12 | Deliver Check to: _____ |
| | | Release Date (if REL acct is requested |
| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |

RECEIVED

RECEIVED JU: 4 5

24 2015 DANE COUNT: CIRCUIT COURT

DANE COUNT: CIRCUIT COURT

ZIP 53933 $ 006.70⁰
02 1W
000138788 JUL 23 2015

JUN 16 07:39:46 2015
*BRAZ11400

**FOX LAKE CORRECTIONAL INSTITUTION**
W10237 Lake Emily Road, Box 147
Fox Lake, WI 53933

John J. Miller 147363

DANe County Clerk of Circut Court
Prisoner Ligition staff
215 South HAmilton street Rm1000
Madison, WI,
        53703



**PRIORITY MAIL®**
UNITED STATES POSTAL SERVICE
Visit us at usps.com

Label 107, January 2008