IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN MILLER,

                Plaintiff,

v.

DR. CHARLES LARSON,
SUSAN MCMURRAY, ANGELA KAST,
WENDY POLENSKA, JODI MULDER,
MELVIN PULVER, HEALTH SERVICE
UNIT OF FOX LAKE CORR. INST.,
SECURITY DEPARTMENT OF FOX LAKE,
CORR. INST. and DEPARTMENT OF
CORRECTIONS,

                Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-580-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff John Miller leave to proceed and dismissing his claims against Melvin Pulver, Health Service Unit of Fox Lake Corr. Inst., Security Department of Fox Lake Corr. Inst. and Department of Corrections; and

(2) granting summary judgment in favor of Dr. Charles Larson, Angela Kast, Susan McMurray, Jodi Mulder and Wendy Polenska and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

/s/                                                                  5/16/2017

Peter Oppeneer, Clerk of Court                          Date